UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-2477- McAliley

UNITED STATES OF AMERICA

v.

LAMARIO HARDNETT,
a/k/a "Mario," and
TABITHA CHVETTE BREWER-SANDERS,
a/k/a "Honey,"

            Defendants.
_____/

## CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

            Respectfully submitted,

            WIFREDO A. FERRER
            UNITED STATES ATTORNEY

BY: _____ 04/10/15
            Vanessa Singh Johannes
            Assistant United States Attorney
            Court ID No. A5501644
            99 N.E. 4th Street, 8th Floor
            Miami, Florida 33132-2111
            Tel: (305) 961-9023
            Fax: (305) 536-4699
            Vanessa.S.Johannes@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>LAMARIO HARDNETT, a/k/a "Mario," and TABITHA CHVETTE BREWER-SANDERS, a/k/a "Honey,"<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 15-2477-McAliley<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __APRIL 3 - 9, 2015__ in the county of __MIAMI-DADE COUNTY__ in the __SOUTHERN__ District of __FLORIDA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| TITLE 18, UNITED STATES CODE, SECTION 1594(c) | Defendants did knowingly and willfully combine, conspire, confederate, and agree with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, the "MINOR VICTIM," knowing and in reckless disregard of the fact that the "MINOR VICTIM" had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2); all in violation of Title 18, United States Code, Section 1594(c). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT ELLI BRAY.

☑ Continued on the attached sheet.

_____
Complainant's signature

ELLI BRAY, FBI SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __April 10, 2015__

_____
Judge's signature

City and state: __MIAMI, FLORIDA__

HON. MAGISTRATE JUDGE CHRIS M. MCALILEY
*Printed name and title*

# AFFIDAVIT OF SPECIAL AGENT ELLI BRAY
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Elli Bray, Special Agent with the Federal Bureau of Investigation ("FBI"), having been first duly sworn, do hereby depose and state as follows:

## AFFIANT'S BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, et seq.

2. I received training from the FBI Academy in Quantico, Virginia. Since August 2012, I have been employed as a Special Agent with the FBI. Since then, I have been a part of the Crimes Against Children squad. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the sex trafficking and commercial trafficking of minors. I am presently assigned to handle offenses involving sex trafficking of children, in violation of Title 18, United States Code, Section 1591; enticing a minor to engage in prostitution, in violation of Title 18, United States Code, Section 2422(b); as well as offenses involving transportation for purposes of prostitution, in violation of Title 18, United States Code, Section 2421. I received training on the proper investigative techniques for these violations, including the application and execution of arrest and search warrants.

## PURPOSE OF THIS AFFIDAVIT

3. I base the facts in this affidavit upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers

while in my official capacity. I am submitting this affidavit for the limited purpose of establishing probable cause for a criminal complaint against **LAMARIO HARDNETT**, a/k/a "Mario," and **TABITHA CHVETTE BREWER-SANDERS**, a/k/a "Honey," for a violation of Title 18, United States Code, Section 1594(c), that is, conspiring to engage in the commercial sex trafficking of a minor. This affidavit does not include every fact that I know about this investigation.

## PROBABLE CAUSE

4. On or about April 8, 2015, FBI Special Agents were notified by Miami-Dade Police Department ("MDPD") officers that a posting for escort services for a minor female (hereinafter, "MINOR VICTIM") was on website called "Backpage." Your Affiant knows that "Backpage" (*i.e.*, www.Backpage.com) is a classified advertising ("ad") website. Backpage.com offers a wide variety of classified listings including escort services. In order to place an ad with Backpage.com, a user need not put in their true identity or personal information. However, the user must have access to a computer (or mobile device), an email account (to verify the ads placed online), and a credit or debit card (to pay for the escort ads).

5. MDPD, in an undercover capacity, called the number posted on the Backpage ad and requested a "date" with the MINOR VICTIM. During that call, MDPD was informed that the meet location would be on the corner of 135th Street and 7th Avenue in Miami-Dade County. Of note, at that intersection, there are two overnight lodging facilities – a Motel 7 and Uptown Arms.

6. On or about April 9, 2015, prior to securing a time for the "date," law enforcement conducted physical surveillance at the above-mentioned intersection. Law

2

enforcement observed the MINOR VICTIM with **HARDNETT** and **BREWER-SANDERS**, walking around the vicinity of the motels.

7.  Also on or about April 9, 2015, law enforcement received records subpoenaed from Backpage, which confirmed that the Backpage.com ad for the MINOR VICTIM was linked to an e-mail address, that is, "hardnett.lamario@gmail.com." The records further confirmed that the ad was created on April 6, 2015.

8.  MDPD officers were able to secure a time for a "date" with the MINOR VICTIM. Prior to the "date," officers conducting physical surveillance observed **HARDNETT** with the MINOR VICTIM outside of a motel room, and then **HARDNETT** walking away from the motel room (but remaining in the vicinity), leaving the MINOR VICTIM outside of the room.

9.  An undercover officer then approached the MINOR VICTIM for the "date." She walked him into the motel room, where she confirmed the purpose of the meeting (that is, for sexual services), the cost for the sexual services, and pat down the undercover officer. At that point, the MINOR VICTIM was recovered by law enforcement. **HARDNETT** was then detained, along with **BREWER-SANDERS**.

10. The MINOR VICTIM, a thirteen-year old runaway, was interviewed. She stated, in part, that she had met **HARDNETT** and **BREWER-SANDERS** approximately one week ago, at a flea market in Miami. She stated that since that time, she has been with both Defendants. Shortly after meeting her, the MINOR VICTIM accompanied the Defendants to a motel in Miami. At some point, **BREWER-SANDERS** approached the MINOR VICTIM about "selling her pussy." The MINOR VICTIM needed money and agreed for that reason.

11. Photographs of the MINOR VICTIM were then taken (in lingerie and provocative poses) and **HARDNETT** posted the photographs and an "escort" ad on Backpage.com. Since

then, the MINOR VICTIM has had several "dates" (that is, sex for money) with adult men in different motel rooms. **HARDNETT** and **BREWER-SANDERS** served as security during those sex dates, and collected the monies that the MINOR VICTIM earned.

12. **HARDNETT** was Mirandized, waived *Miranda*, and voluntarily spoke to law enforcement. He confirmed that he and **BREWER-SANDERS** met the MINOR VICTIM at a flea market in Miami, took the MINOR VICTIM with them to a motel, and that the MINOR VICTIM engaged in prostitution.

13. **HARDNETT** stated that the MINOR VICTIM told the Defendants that she was nineteen years old. The MINOR VICTIM confirmed that she had stated this. **HARDNETT** further stated, however, that he believed that the MINOR VICTIM looked young, and that he and **BREWER-SANDERS** repeatedly asked the MINOR VICTIM what her real age was. Nonetheless, after questioning her age, **HARDNETT** and **BREWER-SANDERS** knew, and participated in, posting the MINOR VICTIM under Backpage.com's "escort" services, and knew, and received money from, the MINOR VICTIM's prostitution. **HARDNETT** admitted to providing security during the sex dates, and further stated that he had sex with the MINOR VICTIM.

## CONCLUSION

14. Based upon my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that there is probable cause to believe that, from on or about April 3, 2015, and continuing to on or about April 9, 2015, in Miami-Dade County, **LAMARIO HARDNETT**, a/k/a "Mario," and **TABITHA CHVETTE BREWER-SANDERS**, a/k/a "Honey," did knowingly and willfully combine, conspire, confederate, and agree with each other, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor,

transport, provide, obtain, and maintain by any means a person, that is, the "MINOR VICTIM," knowing and in reckless disregard of the fact that the "MINOR VICTIM" had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2); all in violation of Title 18, United States Code, Section 1594(c).

15. I declare under penalty of perjury that the information in this affidavit is true and correct.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

ELLI BRAY, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
MIAMI, FLORIDA

SUBSCRIBED and SWORN to me on this
10th day of April, 2015, in Miami, Florida:

HONORABLE CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA