

# United States District Court
## Southern District of Florida

CASE NUMBER: CR: **15-2477-CMM**

UNITED STATES OF AMERICA
Plaintiff

VS.

**Tabitha Brewer-Sanders**
Defendant

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER: **07699-104**

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

(**MIAMI**) / FT. LAUDERDALE / W. PALM BEACH
(CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: **4/10/15** (**A.M.**) **12** P.M.____

(2) LANGUAGE SPOKEN: **English**

(3) OFFENSE CHARGED: **Title 18 1591 - Sex Trafficking of a Minor**

(4) DATE OF BIRTH: **7/30/91**

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
X (**COMPLAINT TO BE FILED**) ALREADY FILED
{ } INDICTMENT
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: ____

(6) REMARKS: ____

(7) DATE: **4/10/15**  (8) ARRESTING OFFICER: **SA Elli Bray**

(9) AGENCY: **FBI**  (10) PHONE: **754-703-2000**

(11) COMMENTS: ____