UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20292-CR-SCOLA

UNITED STATES OF AMERICA

v.

LAMARIO HARDNETT et al.,

        Defendants.

_____/

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY

The United States of America, by and through the undersigned Assistant United States Attorney, hereby provides this amended notice pursuant to Fed. R. Crim. P. 16(a)(1)(E) of the Government's intent to use expert testimony in its case-in-chief at trial, and states as follows:

1. **Supervisory Special Agent Terri Patterson, Federal Bureau of Investigation:** Supervisory Special Agent (SSA) Terri Patterson is currently assigned to the National Center for the Analysis of Violent Crime (NCAVC). She entered the FBI in 1997 and was assigned to the Miami Division where she investigated violent crime and Crimes Against Children (CAC). She later supervised the Miami Division's first CAC squad and served at FBI Headquarters as the Program Manager for the FBI's Child Abduction Rapid Deployment Teams (CARDT).

    SSA Patterson holds a Ph.D. in Psychology. She has conducted research in the area of victim witness memory and behavioral. She is currently engaged in research on the behavioral aspects of human trafficking and international child sex tourism. She has trained law enforcement officers in the United States and abroad.

SSA Patterson will testify in the above-captioned matter. The substance of SSA Patterson's testimony will address minor victim psychological responses to abuse.

Having made these disclosures, the government hereby demands a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence, describing the witness' opinions, the bases and the reasons for those opinions, and the witness' qualifications.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 536-4699

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically onto the Court's CM/ECF system on June 3, 2015.

  /s/ Ignacio J. Vázquez, Jr.
Assistant United States Attorney