UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:15-CR-20292-SCOLA(s)
18 U.S.C. § 371

UNITED STATES OF AMERICA

v.

TABITHA BREWER-SANDERS,
a/k/a "Honey,"

        Defendant.
_____/

FILED by _____ D.C.
JUN 08 2015
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

The United States Attorney charges that:

## SUPERSEDING INFORMATION

From on or about April 3, 2015, and continuing through on or about April 9, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**TABITHA BREWER-SANDERS,**
a/k/a "Honey,"

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the United States Attorney, to commit an offense against the United States, that is, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, a MINOR VICTIM, knowing, and in reckless disregard of the fact, that the MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## OBJECT OF THE CONSPIRACY

It was the object of the conspiracy for the defendant to enrich herself and others

1

unlawfully by recruiting, harboring, transporting, and maintaining a MINOR VICTIM to work for her and others in the commercial sex industry.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant sought to accomplish the purpose of the conspiracy included, among other things, the following:

1. **BREWER-SANDERS** and a coconspirator recruited the MINOR VICTIM to work as a prostitute.

2. **BREWER-SANDERS** provided the MINOR VICTIM with advice on how to conduct a prostitution meet and told the MINOR VICTIM the prices to charge prostitution customers.

3. **BREWER-SANDERS** assisted in reserving motel rooms occupied by the MINOR VICTIM, in which the MINOR VICTIM conducted prostitution meets.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish the objects thereof, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following overt acts, among others:

1. On or about April 3, 2015, in Miami, Florida, **BREWER-SANDERS** met the MINOR VICTIM at a flea market in Miami, Florida, and, along with a coconspirator, recruited the MINOR VICTIM to work for them as a prostitute at various motels in Miami, Florida.

2. On or about April 3, 2015, in Miami, Florida, **BREWER-SANDERS** questioned whether the MINOR VICTIM was a minor.

3. On or about April 4, 2015, in Miami, Florida, coconspirator **LAMARIO HARDNETT** took photographs of the MINOR VICTIM in her undergarments and posted them on

2

www.backpage.com, under the "Escorts" section, where he advertised the MINOR VICTIM's sexual services.

All in violation of Title 18, United States Code, Section 371.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TABITHA BREWER-SANDERS**, has an interest.

2. Upon conviction of the violation alleged in this Superseding Information, the defendant, **TABITHA BREWER-SANDERS**, shall forfeit to the United States any property which the defendant used or intended to be used to commit or to facilitate such violation, and any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of any such violation.

All pursuant to Title 18, United States Code, Section 1594(e).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
VANESSA SINGH JOHANNES
ASSISTANT UNITED STATES ATTORNEY

_____
IGNACIO JESUS VAZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  __1:15-CR-20292-SCOLA(s)__ |
| v. | |
| TABITHA BREWER-SANDERS, a/k/a "Honey," | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant._____/ | Superseding Case Information: |

**Court Division**: (Select One)

New Defendant(s)          Yes _____   No __x__
Number of New Defendants
Total number of counts       __1__

__x__ Miami   ____ Key West
____ FTL     ____ WPB     ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   __No__
   List language and/or dialect

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days    __x__         Petty       _____
   II   6 to 10 days   _____        Minor       _____
   III  11 to 20 days  _____        Misdem.     _____
   IV   21 to 60 days  _____        Felony      __X__
   V    61 days and over _____

6. Has this case been previously filed in this District Court?   (Yes or No)   __Yes__
   If yes:
   Case No.   **1:15-CR-20292-SCOLA(s)**
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __Yes__
   If yes:
   Magistrate Case No.   15-mj-2477-CMM
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of   April 9, 2015
   Defendant(s) in state custody as of
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   __x__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   __x__ No

                                                     _____
                                                     VANESSA SINGH JOHANNES
                                                     ASSISTANT UNITED STATES ATTORNEY
                                                     COURT NO. A5501644

*Penalty Sheet(s) attached                                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: TABITHA BREWER-SANDERS, a/k/a "Honey"

**Case No**: 15-CR-20292-RNS(s)

Count 1:

Conspiracy to Commit Sex Trafficking of a Minor

Title 18, United States Code, Section 371

**\*Max. Penalty:** Five (5) Years Imprisonment

---

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-CR-20292-RNS(s) |
| TABITHA BREWER-SANDERS, a/k/a "Honey," | ) ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*