**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



2030 South West 145th Avenue
Miramar, Florida  33027

| | |
|---|---|
| File Number: | 31E-MM-6286387 |
| Typist Name: | Mary Siel |
| Reviewer's Name: | Elli Bray |
| Date of Recording: | April 10, 2015 |
| Time of Recording: | 3:09  a.m. |
| CD/DVD #: | Hardnett - 1 |
| Recording Type: | Audio / Video |
| Recording Time: | 2 hours, 24 minutes |

| | | |
|---|---|---|
| Participants: | Lamario Hardnett | LH |
| | Tabitha Brewer-Sanders | TS |
| | Detective Raul Cabrerra | RC |
| | Special Agent Susan Romash | SR |
| | Unknown Subject(s) | US |

| | | |
|---|---|---|
| Abbreviations: | | |
| | [UI] | Unintelligible |
| | [PH] | Phonetic |
| | [SC] | Simultaneous Conversation |

31E-MM-6286387
CD# - Hardnett-1
Date:    April 10, 2015


        [BN]                Background Noise
        [BC]                Background Conversation
                            **[Begin Session]**

LH:      Me Too.

TS:      This shit [UI]. I'm fucking cold! I just wanna go!

LH:      Hi, how ya doin?

SR:      Hi, how are you?

LH:      How you doin?

SR:      Alright. How are you?

LH:      I'm cold, like it….,

SR:      I know…

LH:      I'm bad.

SR:      We tried to find blankets but we can't find any.

RC:      Yeah, no luck on the blankets,

LH:      I understand about the blanket situation but right now, I'm just…, right now listen, this room right here, I've see this on TV. I seen the First 48 Hours [UI]….

SR:      Yeah.

LH:      [UI] The First 48 hours, the same exact room, had [UI] and everything,  all I just wanna know, how did ok, when ya'll seen me, you guys rode pass me…

RC:      Before we get into everything,

LH:      Uh huh,

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:     Before we get into everything, your tone of voice, hey I'm sorry, what was [SC]

LH:     You said my tone of voice?

RC:     Yeah, I'm sorry what was that, what was….

LH:     You talkin' my tone of voice, my tone…[SC]

RC:     and raising it…

LH:     Oh no, no, I ain't raisin' that child please, but you [UI] to me. Ain't nobody [UI] to me.
        There ain't nobody [UI]…, ain't none of ya'll did nothin' to me. So I'm, I ain't got no
        problem with none ya'll.

RC:     Alright, what was that [UI]?

LH:     Oh no, it was just uh…, uh, uh, I'm ADHD. And at that I'm scared.

RC:     You [UI] out to me in that conversation?

LH:     I don't [UI] with you.

RC:     Ok.

LH:     No I'm just scared…, cause I don't know where I'm at, I [UI] on TV.

RC:     [UI]  a conversation about where you're at?

LH:     Yeah, you said I'm at…[SC]

RC:     I told you I was gonna sit down and talk to you right? Ok. I'm sitting down and talking
        to you. Now, can we talk?

[BN]

RC:     Before we start, I'm gonna get your basic information. What's your last name?

LH:     Hardnett.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:      Spell it.
LH:      H-A-R-D-N-E-T-T.

RC:      Ok. First name?

LH:      Lamario.

RC:      Can you spell that?

LH:      L-A-M-A-R-I-O.

RC:      Do you have a middle?

LH:      No sir.

RC:      How old are you?

LH:      I'm twenty six.

RC:      When's your date of birth?

LH:      0-7-10, 1988.

RC:      You got a phone number? What is it?

LH:      9-5-4, 7-0-8, 41, 41.

RC:      What's your address?

LH:      2050 Washington Avenue,

RC:      2050?

LH:      Washington Avenue.

RC:      Washington?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

LH:        Um hmm.

RC:        What…

LH:        Opa Locka, Florida. 3-3-0-5-4.

RC:        Your social?

LH:        2-5-9, 6-5, 8-0-88.

RC:        Do you work? Do you work?

LH:        [UI]….table. I do uh ,I detail cars. I…

RC:        Detail cars?

LH:        Yeah, right in the doorway, right next door. Where ya'll was at. Not like, not like right there next door, but you know like, that street right there where you turn out of? That [UI]  Checkers, the other way.

RC:        Ok, but…, do, do you work for an actual company or for…

LH:        Yeah, it's a company. It's a Mechanic company. It's a Mechanic like…

RC:        Oh [UI], what's the name of the company?

LH:        It, it, it just says what, El Gordos um Service or something, Car service? El Gordo Car Service is right there in front, in front of uh what you call that,

RC:        [UI]…

LH:        Right down Seventh.

RC:        On Seventh and [UI]

LH:        Right down on Seventh, like right beside that Bank. It's, it's a Bank that uh, the other place is like it's, it's abandoned there. It used to be a um, it used to be a, it used to be

5

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

what you call that, um where you go do the laundry or something like that. Something like that. I know, I know it's abandoned.

RC:      You know the phone number for it?

LH:      [laughs] I go to work every day. And I get up in the morning and go to work and get off in the night time.

RC:      You can read and write English?

LH:      Can I read and write English? I can't spell with um…, cause I, I got a learning disability.

RC:      Um what, Dyslexic?

LH:      No I have a learning disability, I, I don't pick up, I don't comprehend like big words and try to spell big words and stuff like that.

RC:      Ok. But you can spell regular words…

LH:      I can spell my name and all that other stuff but yeah. I might need some help, somebody to help me just you know, I might need some spelling.

RC:      Ok. No problem. If you need help, that'll be alright, you'll get help. Alright? You good with that?

LH:      I will, I'm, I'm [UI] [SC]

RC:      But you understand English, what I'm saying it's not…[SC]

LH:      Yeah,

RC:      … Spanish or French or…

LH:      I'm English all day.

RC:      What's the last grade you completed in school?

6

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


LH:      I completed the tenth grade.

RC:      Where at?

LH:      Douglas County, uh no, sorry to tell you that,

RC:      That's ok,

LH:      Douglas County, my last, my last school Lithia Spring High School.

RC:      I'm sorry, what was that?

LH:      Lithia Springs.

RC:      Lithia?

LH:      Um hmm,

RC:      Lithia, like uh Lithia,

LH:      Yeah, Lithia Springs High School. That's in, that's in Douglas County…, that's
         Georgia. Douglas County, Georgia.

RC:      Lithia, how do you spell that? L-I-T-H-I-A? Ok.

LH:      [UI]….

RC:      No, cause actually I'm pretty decent [UI]…. Not good at other things…[SC]

LH:      I can't even spell that right now though.

RC:      That's fine. And now, within the last twenty four hours, have you consumed any type
         of alcohol, narcotics or medication?

LH:      Smokin' cigarettes.

RC:      That's enough.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:   Can I ask a question though, who was that, what's the Officer name was who grabbed me? I just wanna know his name. Cause I don't take threats like that.

RC:   Um,  who…

LH:   He was a bald headed, tall, muscular dude. He had like a little bit of regular hair, like she was out there. Like that the time when they had me by the Police car. He was threatening me. Don't, don't, don't threaten my life like that.

RC:   Ok, I have no idea what [UI]…

LH:   Yeah, I don't play like that. Cause I do have a family who care about me out here.

RC:   Ok.

LH:   And I have a little girl, so he, him threatening me, I want his badge number, I want, I want, I want, I want somebody, his boss over here cause he don't threaten nobody like that. Yeah, that's why I looked at that TV and I thought, I looked at [UI] like that, that why people don't really lie to you.

RC:   Ok,

LH:   Something..., he didn't even give me my rights.

RC:   you go off, you go off on tangents sometimes huh?

LH:   No, I go off on stuff that I see in real life. That when somebody…, when you get arrested, I've been arrested multiple times in Georgia, so I know about my rights.

RC:   Ok.

LH:   First of all, when you, when you pull up on anybody, I don't care if you red dog, jump out, whoever,

RC:   Let me ask you something, did I [UI]…

LH:   No, they did. She was there.

RC:   [UI] [SC]

8

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

LH:     She was there, she was there and another lady was there. I remember , I remember, I remember everybody's face.

RC:     I don't know who…

LH:     You, you wasn't around.

RC:     Ok.

LH:     But, she was there and that's why I try to ask people, hey can you please come here so ya'll can let me know what's my rights. I never got em, I, I never got my, my legal rights saying hey, you…[SC]

RC:     I understand that.

LH:     the night you under arrest and you would [UI] [SC]…

RC:     Did I say you were under arrest at some point though?

LH:     No, the dude slap handcuffs on me.

RC:     Ok. Ok, we…, you're going ahead of where we need to go to.

LH:     Oh, I'm sorry. I'm just telling you [SC]

RC:     Ok, what'd I tell you when I came in here?

LH:     Be cool. And you been cool, I need to respect that…[SC]

RC:     And I told you what? You were being locked in [UI]…at this point in time. I was gonna come in and talk to you. I'm trying to do that.

LH:     I'm good and [UI]…….arrest.

RC:     But I need to get your basic information before we go into your arrest. Ok?

LH:     Yes sir. But I am, so I mean hypothetically, I'm in trouble because I [UI] [SC]

9

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:     I haven't said that.

LH:     I know, but I'm just asking [UI] [SC]
SR:     Let, let him talk, let him go, we're asking [UI] to your questions ok? Just let him talk.

LH:     Yeah, but I'm scared like for real.

RC:     I understand that.

LH:      I'm really getting scared for real like…

SR:     Yeah.

RC:     Listen, as you keep talking, and we keep answering you, we can't get to where I need to get to. Ok? Now, twenty four hours you haven't taken any alcohol, medication, or narcotics, correct?

LH:     No.

RC:     Have you ever been diagnosed with any type of mental issues, psychological, physical impairedness?

LH:     Just ADHD and, and uh, ADHD and [UI]…

SR:     Do you take …

LH:     cause I'm supposed to been dead at…

SR:     do you take anything for your ADHD? What do you take?

LH:     Um, Ritalin.

SR:     Do you, have you been taking it lately?

RC:     When was the last time you took that?

LH:     The night I knew my dad had passed.

10

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:     Um, when was that?

LH:     Been about three, four years ago.
RC:     I'm sorry to hear that. [UI]….

SR:     Yeah.

RC:     My dad died of a massive heart attack at sixty. ADHD and learning disability, right? Is there anything else? No Bipolar, no Schizophrenic, anything like that?  You understand the way that I'm talking to you now?

LH:     Yeah.

SR:     Ok, [UI] [SC]

RC:     Ok, the reason I'm saying this is that you understand the English I'm speaking to you? To you, uh have a bad accent…,

LH:     No, I don't have no bad accent.

RC:     I, I just want to make sure. Ok? It usually comes into play when I'm talking to somebody in Spanish in here or somewhere else. Is there any reason why you wouldn't be able to talk to me and answer my questions as truth,

LH:     I don't have….

RC:     truthfully and in intelligent way.

LH:     I answer everything I want, up to a certain level.

RC:     Ok. So there's no reason you wouldn't be able to talk, to answer any of my questions or anything like that?

LH:     I can answer the questions.

RC:     Ok, perfect.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      But the best of my knowledge.

RC:      That's fine. I just wanted to make sure. There's no underlying reason somewhere that
         you know what [UI]… You ever read Miranda?

LH:      Cool, what, what is that?

RC:      Yeah well, a statement of your rights. You know, what you see on TV. You have the
         right to remain silent, you have the right to an attorney, all that stuff, right?

LH:      No, I have not.

RC:      Alright, but you've heard of it?

LH:      Yeah, I've heard of it before.

RC:      You have an idea of what it is, ok. These are your Miranda rights. One through four
         your rights, if you understand that right ok, you're gonna put your initial on this
         meaning that you understand that right. If you don't understand something, just uh ask
         me, I'll clarify it for you. One through four just means that you understand your rights.
         That you understand it. After four that you understand all of your rights, if you're
         willing to talk to me, then you can talk to me. This is the one chance I have to get your
         side of the story. Obviously you're here because I need to talk to you and get your side
         of the story. Ok? If at any point and time they're [UI]…, you feel that you want to stop
         talking to me, you can. Ok? We good? Do me a favor, read out loud, start in here and
         do four.

LH:      Before you, before you are answer any questions, you must understand the following
         rights. It starts on number one is, you have, you have the right to remain silent and you
         do not have to talk to me if you do not wish to do so. You do not have, you do not have
         to answer my questions, you do not have, do you understand the rights…

RC:      Do you understand that? Do you want me…

LH:      I understand.

RC:      You got that?

LH:      I understand.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:     Ok.  And here, here's a pen. Put your initials on this. [UI]…

LH:     Number two, should, should, should you talk to me, anything which you might say may be, what that say?

RC:     Introduced.

LH:     introduced into…

RC:     Evidence,

LH:     evidence in, in court against you. Do you understand…, I understand.

RC:     Ok. It's, I mean, there's no secrets. Whatever you tell me, it's gonna come, it's gonna go in the report. I'm not gonna be putting something that you didn't tell me in the report, I'm not gonna reword it or anything like that. Whatever you tell me, it goes in the report. Good or bad. It is what it is. Got that?

LH:     Number three, if you want a lawyer to be present during questioning at this time, any…, at this time or anything, uh any time, however, if [UI]

RC:     At, at the meeting,

LH:     you are…

RC:     Entitled,

LH:     entitled to have a, a lawyer present, do you understand your rights,

RC:     Do you understand what that means?

LH:     I understand. It means that basically like I can talk to ya'll, but I don't want to say nothin' to ya'll til I have my lawyer present. I understand that.

RC:     If you don't want to talk to us,

LH:     well I…, I, I just want to talk, I,  [SC]

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


RC:      Eh, eh, eh, you understand that? Put your initials on it…

LH:      Yeah. I just wanna go home. Cause…

RC:      Number four,

LH:      If you cannot afford to pay for a lawyer, one will be uh um,

RC:      provided,

LH:      provided for you at no cost if you want one, do you understand your rights? Yeah, I understand it.

RC:      [UI]…

LH:      That, I deal with that [UI] before.

RC:      Ok. Now right here.

LH:      Knowing, knowing these rights, you are now willing to answer my questions without having a lawyer present? Yes, I am.

RC:      Are you willing to talk to me?

LH:      Yeah.

RC:      Ok. Put your initials on this please. Read this out loud.

LH:      This statement is sit, is signed of my own free will without, without any threats or promises having been made to me. Uh anybody, anybody I'm gonna talk to.

RC:      Have I threatened you?

LH:      No. Yeah, the Officer did.

RC:      Hold on.

14

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


LH:        Not you,

RC:        This statement, this statement is being signed without me or her threatening you?
LH:        No,

RC:        [UI] promising, or promising you anything.

LH:        No, right.

RC:        So this statement here…

[SC]

RC:        Put your initials after here.

LH:        You want me to sign my name, and date it.

RC:        Put your signature there.

LH:        Yes sir.

RC:        Put today's date, 4/10/2015. It's 3:25 a.m.

[BN]        [00:15:22 – 00:15:40]

LH:        I'm really anemic and I try my best like, try to stay warm and everything.

RC:        You want some [UI]…?

LH:        No, that real nice. That, that was so nice.

SR:        [laughs]

RC:        I'm sorry man.

LH:        I do this a lot. I, I had put my nose up…

SR:        He made it himself too.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:     I know, he told me, no, but he told me when he came in, he said you got your strong, you got your black, you got your cream and sugar, I said, told him, cream and sugar. Did I lie?

RC:     Yeah,

LH:     And he [SC]

RC:     Kept it real right? There's cream, there's sugar…

LH:     …and like I said,

[SC]

LH:     and take every bit of that cream and sugar.

RC:     It was too sweet?

LH:     No. Uh uh. It was you know, it was a little bit of splash sweet, but it was ok, see that? That's real. That's how I drink it. Oh, that's that real black.

SR:     It's black?

LH:     Yeah, that's that strong black. No, I can't drink that.

RC:     Now, I'm here all day and all night man. Now let's see what's…

LH:     But can I come off the record real quick please? Well, not off the record, but just on the record period?

RC:     What's up?

LH:     Ok, I just want to ask you a question, I wanna know how can I, if I'm walking from the store, if I don't, if I don't, if I just had them check me at the store right here on the corner, right up here by Checkers, and as I walked back, as I stopped at my home but I stopped,  I wanna know alright, how, how that it effected thatI was trying with ya'll, when, when, when I. when I was all rushed in there, if ya'll wanted me at the time,

16

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

> hypothetically, I was at that time, I was standing right there in front of all the Police, cause I was just like, I, I put my hands up ASAP. I said, whoa, whoa, what's goin on, you know? But I'd never seen the type of predicament like just you know, people doing that type of stuff.

RC:    Let me ask you, what do they call you?

LH:    Huh?

RC:    What do they call you?

LH:    Mario.

RC:    Mario? Not Lamario, I would imagine no one calls you by your full name right?

LH:    Everybody call me by my full name. I want to be called by my full name but they call me Mario.

RC:    Somebody that's like family will so call you by your full name?

LH:    My, like my, my, my wife, and other family, yeah they call me Lamario.

RC:    Ok. Ok. So Mario.

LH:    But everybody [UI]….

RC:    Ok, Mario. Uh let me ask you something, do I look like the type of person that sit's here and bullshit you and really want to play games with you?

LH:    No.

RC:    Ok.

LH:    You about your business. You ready, you ready to go home.

RC:    Yeah, yeah I've been ready to go home a long time ago. Ok? I'm not gonna sit here, I'm not gonna bullshit you, I'm not gonna play games, I hate to play games, I hate to be

17

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015

            lied to. Alright? That, that's my biggest Pet Peeve. You know? Why would think you're sitting in here?

LH:      Why? [UI] right here?

RC:      Yeah,

LH:      To be honest, I, not, not, not bullshitin', what should be honest sir, right now?

RC:      Um hmm,

LH:      I still don't know why I'm still, still right here.

RC:      [UI]….who's Molly?

LH:      Who's who?

RC:      Molly?

LH:      Who's Molly? A white girl.

RC:      Yeah, who is she?

LH:      A white girl that who came, who seen me outside talking to my, to my landlord at first.

RC:      When was it?

LH:      It was, this, this is before, before any, anything just happened. Then when Charles was outside riding a bike, I told Charles, my, my landlord, who put, who Hotel, who, who [UI]…

RC:      You're getting excited.

LH:      No, my bad.

RC:      Just slow down.

LH:      who the Hotel owner is,

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:        I, I hate [UI]…

LH:        Who the Hotel owner is,

RC:        Yeah,

LH:        his name is Charles.

RC:        Ok.

LH:        He's a black dude who stay there in the first building right there. In the first part [UI]
           [SC]

RC:        [UI]…

LH:        Charles.

RC:        I have a hard time understanding you cause you, you're missing some teeth there. Ok,
           Charles.

LH:        Yeah, he's the owner right there.

RC:        Ok.

LH:        Well probably he's the owner. So me and Charles, we you know, we were talking
           outside so when Molly walked up, Molly asked me specifically hey, my boyfriend in
           trou, ok, I'm in trouble with my boyfriend. So I say you know, it night time so me and
           Charlie started talking about where you were at. So I was like yeah, you know, what
           happened, and she said my boyfriend trying, trying to hurt me. So I'm like hold up, me,
           being the good person that I am, that they, I know I can't tell, I just can't tell a lie. Kid
           did me wrong, so what my best was for me to do is do something right. I tell her, I said
           hey look, listen, [UI]….. That's uh, that, that just from my, on my little girl, on my dad,
           my par, my mommy, my daddy, my grandma, all were gone. I don't play like that.

RC:        When was this?

LH:        Huh? For who?


19

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

RC:     When, when did this happen? Today?

LH:     For who, my family?

SR:     No,

RC:     No,

LH:     About Molly?

SR:     Yeah,

RC:     Yeah.

LH:     Yeah Molly, it was later, it was later on today.

RC:     At what time?

LH:     It was like…

RC:     When did it all happen?

LH:     Where? When it was like, it was, was ten…, what ten thirty.

RC:     Ten or ten thirty at night?

LH:     Ten thirty, [UI] clock.

RC:     The first time you've ever seen?

LH:     Then I kept seeing Molly. Like I seen, I seen her earlier that day,

RC:     let's, let's make sure we're talking about the right Molly. Alright, so the first time you saw her was ten o'clock at night? Today.

LH:     Yeah, like that. But I seen her, I, I seen her…..

RC:     Ten o'clock at night, today?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:     Yeah, I had not seen her, not today… I mean, I now, I mean, I saw another white girl on the block.

RC:     No, I'm talking about Molly.

LH:     No, I don't know…

RC:     You didn't, you didn't see her yesterday, the day before, [UI] [SC]

SR:     Can you des…, can you describe Molly…. For me?

LH:     Yeah, long, long hair.

SR:     A white girl,

LH:     A white girl with long, with long hair,

RC:     This is great, ok….

SR:     like can we get anything,

RC:     What else?

SR:     come on…

LH:     Big body, she got a body.

SR:     Ok,

LH:     And that's it.

SR:     Height?

LH:     Height, I'd probably say 5'5" at least. 5'5" at least.

RC:     Alright, is her hair dark, light, what? Short?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:     The girl that I'm talking about is, is, she had light hair. That's who I'm talking about.

RC:     Well,

LH:     Huh?

RC:     Well, any tattoos, Piercings?

LH:     I don't know about no tattoos, piercings, I haven't looked at the girl like that. The only thing I did was when [UI] [SC]

RC:     What was she wearing?

LH:     What was she wearing? Well at the time, she had a, well she had a bag. And after she had, her, she had on some pants. She had some blue pants on.

RC:     Uh huh,

LH:     And a white tank top.[UI], so I told me and Charles, I'm gonna go back to my subject, I told me, I said Charles, hold on real quick. And he says hey, I don't want ya'll to get beat up, cause I don't see any people getting beat up on Seventh av, and at that…[SC]

RC:     Who's, who's the other white girl you're talking about?

LH:     The other white girl is named Brittany. Her name's Brittany. You know, and she was like there you know, everybody came up there you know, everybody know everybody about [UI] there. And that everybody know you could you know, see me as being cool, chillin', collected. All I gotta do is, I go to work, come home, I chill, and I chill in the hood and joke around, I'm a funny ass person. That's all I gotta do in the hood. That's it. That's it for me, I try to [UI] cause from where I'm from, we look at it like the hood. So after that…,

RC:     Have you ever had sex with Molly?

LH:     Have I ever had sex with her…

RC:     Molly?

LH:     No, I went to the store, and that, I, I, I saw her go through the rooms.

22

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:     Alright, well let me ask you, are you willing to give me DNA that you did not have sex with Molly?

LH:     Yes. Yes sir.

RC:     Ok.

LH:     The day last I had sex with her?

RC:     I'm asking, are you willing to give me DNA to prove that you're not, that you didn't have sex with Molly? Right?

LH:     They day when last, the day when last [SC]

RC:     If you didn't have sex, it wouldn't be…, it wouldn't be an issue, right?

LH:     Yeah, but, but why do I'm gettin' tested for something that I did not do?

RC:     Oh it's not testing, it's just to exclude you. You see, if you didn't have sex with her, I just want to exclude you from having sex with her. That's it.

LH:     Yeah but, that, that, but if, if I'm…

RC:     What?

LH:     At this time [UI]…. sign that like, that already sound like cause I know when…, and, and I got people who will back on, back on me…

RC:     Let me ask you something [UI],

LH:     …[UI]…

RC:     let me ask you something, obviously at this point and time, this is a serious issue. Cause you're sitting down here talking to, to the Detectives right?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:      Yeah. Like, I'm looking at, now, now I'm, I'm really gettin' upset because like now I feel like somebody trying me and at that I had not did nothing. The only thing I was doing was, was going to the store for my girl,

RC:      Right,

LH:      … and coming back to the room and sit there watching the girl ride in there and that was it.

RC:      So if that was it, then why would you have an issue with giving your DNA?

LH:      Because me giving DNA, from, from me giving you DNA, from…

RC:      What do you think DNA consists of?

LH:      In my hair, my, my, anything.

RC:      No, you know what all it is? I'll show you what all it is.

LH:      Why? [UI]…I feel like somebody tryin' me.

RC:      This is all it is.

SR:      We didn't say you were [UI]….

RC:      You see what this is? In here are two Q-tips. We're gonna put two Q-tips in the inside of your mouth, on the inside of your cheek, put it right back in here. That's it.

LH:      Can I see it please? Cause eh I, I, no but what, what ya'll doin' is see, I feel like, I, I, I feel like I'm in the Hospital right now. And I, I, I feel like I'm being violated because, and that's why I'm sayin', I'm tellin' ya'll, and that I feel like…[SC]

RC:      [UI]…once, once [UI] [SC]

LH:      I don't think it's right because I went out, I just went to the store. If I went to the store and came back to the room, I come ,come back to the room after that stop, where I stop real quick, and that the only idea was stop, one stop and talkin' to my Homeboy, I'm tell him, I figure I come play a game with him and bring his DV [UI] back. Cause he live in [UI]…, cause, cause I had, I had just gotten a room that day.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:     Hey…, why you gettin' upset?

LH:     Because of my, cause I, I'm, I'm scared, cause I'm lookin' like, what, what is all this comin' from, cause all's I did is I, I, I did out of the best of, out of the best of my heart, I let a little girl sit right there in my room, cause she said her boyfriend come whip her ass. That's the only thing I did. And then [UI]… I sat her there. I told her hey, you can sit right here and that was it. That's the only thing I did. And that, that's, I eh, I, I was feelin' like I did something wrong, something that's wrong. That's the picture. If I'm sitting at [UI]….[SC]

SR:     If you didn't do anything wrong, then why would, why would you have a problem with giving your [UI] [SC]

LH:     I'm not talkin' about, can I have my, can…, and uh, if I, if I can have my witness to, to verify this, sayin' that what happened…

RC:     Hey listen,

LH:     Can I, can I have my witness verify this [SC]

RC:     listen…,

LH:     … right here, come to ya'll?

SR:     Right now, we're getting your story.

RC:     Do you, do you want to read this? Just to see what it actually says? Can you read it to me? I want you to read it out loud. And I'll, I'll help you [UI] …

LH:     It say my name…

RC:     I, your name..., I your name,

LH:     I, my name,

RC:     here by[UI]….., say that.

25

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


LH:      here by [UI]…, to provide LTDTD to the Police Officer with a mouth swab for investa…

RC:      Investigative purposes.

LH:      investigative purp, uh purposes by DNA Database at the …

RC:      Analysis.

LH:      analysis, whatever. I don't know what that means.

RC:      Ok, basically what it is, is if you put it in a DNA analysis which will [UI]….

LH:      I have been fully in, informed that the information may be available to my

RC:      Physician,

LH:      Physician upon the request and it will re, remain confidential and be used for no…what that say, no way?

RC:      No other purposes. No purposes,

LH:      no purpose…

RC:      outside this investigation.

LH:      and it uh, what that right there?

RC:      Basically, all it says is you give me the DNA mouth swab, it goes into a system and they compare it to this case. It's not going out there, your DNA is not gonna end up anywhere else, ok? It's confidential. It's just here to exclude you from having sex with this girl.

[BN]

RC:      Once again, have I come across as trying to trick you at any point?

LH:      Don't appreciate your badge,

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:     That's it? I don't have no reason to like you, I don't care. And this [UI]… and that's it. Ok? Now, do you have a problem with giving me your DNA?

[BN]

RC:     Is that yes? You, you don't have to give it me if you don't want. It's up to you.

LH:     No, I'll give it you.

RC:     Ok. Do me a favor,….

LH:     If that's uh, can I ask a question though?

RC:     [UI]

LH:     Is the sense of me being friendly to some like… ok, me being like…

RC:     Did your penis go in her vagina? That's what I consider sex.

LH:     No.

RC:     Ok. Did your penis go inside of her mouth? Did she give you [UI], what is otherwise known as a blow job? Did she give you oral sex? Let me rephrase this, did she suck your dick?

LH:     No, but she…

RC:     What?

LH:     No, she did not suck my dick. But I did give her, I did give her, I did give her [UI].

RC:     Ok. Let me rephrase this, is your DNA gonna be anywhere near her vagina? Or her anus?

LH:     What's anus, Ass?

RC:     Ass. [UI].

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

LH:     No, no.

RC:     Not there?

LH:     No. No.

RC:     Just kissin' [UI] [SC]

LH:     I understand I, no kissin', she's…, understand kissin' still slob, so slob's got DNA, right or wrong.

RC:     Yeah, that, that's not the point.

LH:     Well I probably kissed her…

RC:     But once again, what did I say? I didn't say did you kiss her, I didn't say did you feel up on her, I said, did you have sex with her. And let me rephrase this just so you understand completely. Did you have oral, vaginal or anal sex with this girl? Ok. Does that clarify your question?

LH:     It was [UI]…

RC:     That's fine.

LH:     The tongue.

RC:     That's fine. Don't have a problem with that.  Any holes lower than her body…, uh, uh lower half of her body, did you penetrate any of the holes lower, below her waist?

LH:     No I didn't. No.

RC:     Alright.

LH:     I've been too friendly. That's what you get, that what you get for being friendly to people.

RC:     That's ok.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:      It's alright though but still it never happen to you. I will never be friendly again like that.

RC:      You know what they say, the truth shall set you free. [UI]

TS:      [UI]… fucking ankle!

[BN]

TS:      Damn! [UI]…

RC:      Signature right there.

LH:      Is this like, what is it, like I raped someone or something, I don't have [UI] [BN]

TS:      Fuck!

LH:      I understand what ya'll are talkin' about. But this not [UI] [SC]

RC:      [UI] work in a Sexual Crime Team

LH:      Right, but this goes, like basically like I raped somebody right?

RC:      You rape anybody?

LH:      Hell no. But it's like me, makes me sign this right here making me feel like that… I [UI][SC]

TS:      [pounding wall] [UI]

LH:      [UI]…, you know, but this paper, regardless, this paper's sayin' that, it's not sayin' like that, but it's sayin' like that, but it's sayin' in, in a way that you raped somebody. Like I, I ain't that, I ain't that slow but I do know about laws, like I but I do know about rape and all that other stuff.

RC:      Ok.

LH:      And it that, and it sound like…

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

RC:     Once again, I work out of the Sexual Crime Team. Ok? I investigate sexual crimes.

LH:     [UI] you know about rape?

RC:     I investigate [UI] [BN]

TS:     [UI]…in this fucking room! [pounding wall]

RC:     …that's not the situation.

LH:     Ok then, is it ok if I [UI] real quick?

TS:     Does anybody [UI] a fuckin' leg man!

LH:     [UI]…I, I know her. She really is crazy. Like, I, I [UI] [SC]

TS:     I'm gettin' fuckin' angry!

LH:     …[UI]….

RC:     No actually, she, she calmed down right away.

TS:     [UI]…[pounding wall]… and I have a [UI]!

LH:     Honey!  Honey! She all [UI] [SC]

TS:     I'm cold, Fuck! I'm fuckin' cold!

[BN]

LH:     Maam?

SR:     We'll be back, we'll be back.

[BC]

LH:     I know but…

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


RC:      How are you?

TS:      But he told me he was coming to throw me a sheet or something. It is so cold in here. My period on, I want to go to the bathroom and change myself. I feel so yukky.

RC:      Ok.

TS:      And these things is hurtin' me. [UI] [SC] why these things on my legs?

LH:      I helped somebody out who, who, who, who was calling for help.

TS:      If ya'll can't put me [UI] [SC] I'm gonna have to pee and shit on myself. I mean this is so uncomfortable.

LH:      [UI] [SC]….help them get beat up from another Nigger, who would do that? Who [SC]

TS:      [UI]…. It's cold!

LH:      …  would help somebody out? Man, all's I did, I told her like you know, ride here and go on about your business. [UI]… my wife is on the way and she's crazy. If I had you in my home when she get here, [SC] she'll be comin' at me like [UI] [SC]….

TS:      Um hmm, yeah, [UI] [SC] this thing's hurtin' on my leg. [UI] [SC] I mean you first you put the thing on [UI] [SC]…

LH:      And then I told her, she said ok. She would call a ride [UI]… When, when I left out and start walkin' out from her, from my room, she was callin' a ride. So, I, [UI]… I was just sayin', I don't know who she gonna call. Maybe I'll call my wife. And that what it is.

[BC]

LH:      Yeah, Tabitha…, yeah, my, my girlfriend slash wife.

TS:      [UI]…because you know, it should [UI]…

SR:      How long you guys been together?


31

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      We've been together for two years. And that's that you know, she met me and I came
         down here. I wasn't shit and at that she helped me get on my feet and help me get a job.
         Like, I gonna lose my wife for no, for no dumb ass girl.

RC:      Call her a couple times and then [UI] [SC]

SR:      Did you uh, [SC]

RC:      [UI] ok?

SR:      …did, she, you said that you [UI] [SC]

TS:      [UI]….

[SC]

TS:      Ok. Ok. [UI]….

LH:      On the website. On the web, on the website.

[SC]

LH:      …she didn't talk to me in a year and that, and then I came back, I've been back and
         forth like for a year. I've been back and forth for my little girl stay in Atlanta. I have a
         daughter, four years old goin' on five.

SR:      Yeah,

LH:      Yeah, so I don't play like that. I don't play no bullshit cause my little, [UI] [SC]

[SC]

LH:      ….I did my, I did my dirt with my daddy, I'm too grown for it now. So I took my ass
         out and try to clean myself up and try get me something because I'm on SSI. So I [UI]
         …trouble.

SR:      When did you uh, when and [UI] [BN]

32

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


[BN]      [Door squeaking]

SR:       …meet [UI]?

LH:       I met the girl like, what that was like…, well I mean, after, after I came to the state into Miami?

SR:       Yeah,

LH:       like three months ago. I came at the state, at this state period, three months ago. Yeah. And I said, I've been, I've been up under my girl for the longest and she been holding me down like babysitting, braiding hair, all this other stuff to the 3rd, cause she's trying to help me keep money in my pocket.

SR:       Um hmm.

LH:       And other things she do, she, she, she, she go braid hair, go babysit, and go look for a job every day. While I'm out doin' the same thing. Go look for a job, and shh I found me a job, right there by my room. I got my room today, I got my job.

SR:       Um hmm.

LH:       I went for weeks for my job, so… From then, from, from staying nowhere to, to somewhere, it's a big deal. And I said, it's a big, it's a big thing for me not to miss my job tomorrow so I can make, so I can still maintain my room. Cause I don't have nowhere else to go.

SR:       Yeah. Well the address that you gave…would be…

LH:       That address is my, is my ex-girlfriend address. She got a dude stayin' there.

SR:       Oh , so you're not stayin' there…

LH:       I don't stay there. Me and my girl stay at Uptown.

SR:       I'm confused about that, so you're ex-girlfriend is…

LH:       My ex-girlfriend, that, that, no, my ex-girlfriend's cool.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


SR:      But you just got here. [laughs]

LH:      My ex girl, I, I've been back and forth for a year.

SR:      Ok.

LH:      There and, and Florida. Been back and forth to, to Atlanta to here.

SR:      Ok.  Back…, is she alright?

RC:      [UI] ok.

LH:      By the twenty, by the twenty…

SR:      Ok.

LH:      ….the twenty fifth [UI] [BN]

[BN]     [Door squeaking]

LH:      the twenty fifty Washington Avenue, is my ex-girlfriend's house.

SR:      So you're not staying there?

LH:      No, I stay in Mote, I, I, I, stay right there behind Motel 7. That, that, that's my new home for me, for me then put out from my ex-girlfriend's spot.

SR:      Ok.

LH:      And I got my job right there and that, that she done hold, she been, she been holding me down. Like, trying to keep my faith up, like don't give up. Like I said, I can't beat that.

SR:      Ok.

LH:      I could, I could give up  [UI]…me. So one thing about is just like, [BN] when you help some, I feel like when you help somebody out these days, in this world, while [UI] there tryin' to save her, and just do shit, [UI] go about your business. [BN]

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


SR:        Ok, well let's get back…[UI]

[BN]      [Door squeaking]

US:        You need to go to the bathroom?

[BN]

RC:        [UI] DNA

US:        Try to put your leg up as much as you can.

LH:        Then if I don't get [UI], then I'll be in trouble.

RC:        How is that [UI]?

TS:        I don't feel that I [UI]… to the bench. I mean, I'm ok.

RC:        They compare your [UI] [SC]…, it's a yes or no.

US:        Huh?

TS:        Actually I gotta [UI] [SC]

LH:        [UI]….no, no, no,…

RC:        It's up to you.

LH:        Ok. I don't want to do that. Cause I didn't do nothin'. You know [UI] [SC]

RC:        Ok, so you changed your mind and now you don't want to give me consent? Ok.

LH:        And I know I'm still goin' to jail cause you got paperwork right there.

RC:        What's the paperwork…

LH:        [UI]….go ahead and go to jail. [UI]….

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:     What is this, what does it say?

LH:     Come on,

RC:     Since you think I'm playing games, what's this say?

LH:     That say property.

RC:     Right. Why do you think it says property receipt? Cause that's to document these four cotton swabs, two on each side of your mouth that I'm going to impound that I will have you sign here and here it would say four cotton swabs. That's all, that's it. This is a document that I'm taking custody of this from you. This goes along with this. That's it.  Have I told you that you were under arrest at any point?

LH:     No sir.

RC:     Ok then.

LH:     I was thinkin' I'm, I'm, I feel , I feel like kinda, I'm, I'm,

RC:     If I hit….

LH:     I just hit it kinda like my, my, my stuff had put like, I just, I just, I just know me. And that, I just know me and that I just feel like that, I, I can feel the stuff coming like, you know like, [UI] [SC]

RC:     You know, you know, you know what I, I can tell you? What you feel is that you're um, you're getting a little excited, you feel like…

LH:     That I'm in trouble for something that I didn't do.

RC:     Ok.

LH:     That's what's wrong right now.

SR:     What are you thinking you're in trouble for?

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:     I'm in trouble for.., well like I'm in trouble for uh ya'll should just [UI] cause I was standing right there [UI]…..shoot to the back.

SR:     But, ok but that's what happened. But why do you think you're in trouble? Why do you think they saw you and said that's [UI] [SC]

LH:     Because all's I know they come, all, all I'm in trouble because, cause, cause Officer, cause I heard my name on intercom, on the thing. When you, when you had me right there. And that's on, and that's on the um, and I don't think I know who standin' right there when he said my name.

SR:     But why do [SC] …

LH:     He throwed me on the car.

SR:     …you think that they said your name?

LH:     Why'd they know my name?

SR:     Um hmm,

LH:     I, I, to be, to be honest, I cannot know why they would take, why they would pick my name cause my name never been out there and on the streets like that.

SR:     Ok. Ok. So then we're gonna take this one step at a time, ok?

LH:     I don't think I do real, for real like, to be honest, I ain't gonna bullshit with ya'll. Cause ya'll ain't gonna bullshit with me. And ya'll don't bullshit…, ya'll coulda, ya'll, ya'll coulda not had to be too much [UI] [BN] ya'll got, ya'll got family at home. But all's I'm tryin' to tell you, I just want to go home cause I gotta go to work. And I'm just [UI] try maintain my, maintain my, maintain my [UI]… I don't got nowhere to go. If I get locked up anywhere, my job, I don't have nowhere to go! And me, all I need to do is maintain my job. Man, that, that's what I'm out there tryin' to do, maintain my job. Main, maintain the job. So what guys, so I don't ask nobody for no money.

RC:     Once again, did you have…[UI] [BN]

TS:     Thank you [UI] [BN]…..

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:        No sir.

[BN]       [door squeaking]

RC:        Just, that's the only reason I want you to give me DNA.

LH:        Is somebody is sayin' I had sex with her [UI] [SC] … I had sex with her,

TS:        It's so cold in this room though!

LH:        I don't know.

RC:        [UI]  interviewing you.

LH:        Why [UI] question for?  If some, if somebody said [UI] [SC]

RC:        Why  could I be asking if you had sex with her.

LH:        Because I mean, she must've said that I had sex with her.

RC:        Verify, is this Molly?

LH:        Um hmm. That's one, that's yeah, that's Molly. That's the one who walked up with, with, with the same red bandana on her head.

RC:        Ten o'clock at night right?

LH:        [UI]

RC:        Last night?

LH:        No tonight.

RC:        Tonight. Ten o'clock at night she showed up? You've never seen her before right?

LH:        I've, uh I have seen her but I ain't never spoke to her like you know, I have seen her face.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:     You've never spoken to her?

LH:     Yeah, I say what's up and like that, but I ain't never said nothing too serious.

RC:     Ok.

LH:     So like what…

RC:     Real, real quick, remember when I told you that I don't like to be lied to?

LH:     Yeah,

RC:     Ok. Yeah.

LH:     I never had sex with nobody.

RC:     Do you know why you're being nervous right now? Cause you're lying to me.

LH:     Do you know why I'm being nervous right now?

RC:     Yeah, you're lying to me?

LH:     Man…

RC:     It's up to you. Do you want to be straight up with me?

LH:     You know uh… listen here,

RC:     You want to be straight up?

LH:     Listen, I know Molly. I know Molly, I came by her today. I out today, early today, she was out walkin' around.

RC:     Um hmm,

LH:     With another damn dude. I remember everything. My wife said she was there, I only [UI] I know it was tonight because it's like shit, I didn't say too much to her today.

39

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:     Did you have sex with her?

LH:     No.

RC:     Ok.

LH:     My girl been in my room all day with me.

RC:     Ok.

LH:     You can ask her the same thing. She'll tell you no.

RC:     Ok. And your girl is Tabitha?

LH:     Tabitha.

RC:     Tabitha?

LH:     Tabitha Corvette C. Brewer. No, Tabitha Corvette Sanders-Brewer.

RC:     Brewer- Sanders,

LH:     Yeah, Brewer- Sanders, my bad. [UI]…. That's my girl over there.

RC:     Ok.

LH:     That's mine, personally.

RC:     Ok.

LH:     So I mean yeah but, no, not had sex with her but yes, I have seen her this early this morning, early, early yesterday morning. Yes, that means cause it, it's, it's [UI]…. Like, I said, I mean, yesterday morning, yeah. So yeah I did see her, yeah we you, you know, everybody say you know, she stop and say what's up and talk with us and everything. And that was it. Me, my Homebody, that's it. His, his, his female and my female was standing right out by the uh, uh, [UI] [SC]

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:     Real quick, before we [UI]… alright?

LH:     Yes sir,

RC:     I've been working with this [UI]…. so I'm actually kinda tired. Actually I've been working with other cases this whole week. [UI] [SC] … hours in the past week. Now, real quick um, you're still bullshitting me, that's fine.

LH:     No, I'm not.

RC:     No, no, no! That's fine. That's fine.

LH:     [UI]….

RC:     That's fine. That's fine. It's ok. It's ok. This is your opportunity to man up because here's what's gonna happen, you keep lying to me,

LH:     Um hmm,

RC:     and you're gonna get arrested.

LH:     Yes sir.

RC:     You get arrested, what's gonna happen when you go to trial? You're gonna sit there in front of a bunch of people, there's gonna be a bunch of evidence, you're gonna turn around and say like I don't know what this is, there's evidence that says, shows your proof, you're not being remorseful, you don't care or anything, so what's that show, that shows that you know what, you're a Monster. You don't care, you have no remorse for doing anything wrong, and you're finished. Alright?  Correction or Rehabilitation? What is it?

LH:     Uh, can you tell me what that means?

RC:     Correction or Rehabilitation, that's basically what you'd call a jail. Like…

LH:     Yeah.

RC:     [UI] [SC]

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

LH:      A jail.

RC:      Ok.  Now, you get arrested. Can you be rehabilitated and put back on the streets? Right? Ok. Here's the thing, can you be rehabilitated, do you show any remorse, do you feel anything bad about what happened? I mean right now, you're just sitting here, you're lying to me, "well I….", you keep lying to me, that's fine.

LH:      No, no, no, [UI] [SC]

RC:      Ok. There's more to this story, you know it, I know it, you want to go down that route, we'll go down that route, that's your official statement to me, that's fine. You know what, you can get crucified on the freakin', on the stand. I don't care. What'd I tell you, I don't take a vested interest in these cases, I really don't.  I investigate. That's it. I sit down, talk to you, I could've told you go pound sand, I don't want to get your side of the statement. But I like to actually sit down when I talk to people. I like to actually sit down and see if they're gonna lie to me, what type of man they are. You know what, if they're somebody that's scared, somebody that says, "you know, I messed up."

LH:      I hear you.

RC:      For the money, for whatever reason, whatever it was, I was in this situation in life, you know what, but this is the reason I do what I do. Because you know what, I look at a person, I say ok, I can understand that. Now the person that sits across from me and tells me, " yeah, I don't know what you're talking about, I didn't do shit." You know what, that's the person that you know what, I don't mind you throwing the book at. Because that's the person who really don't care, because that person has no remorse. You know what remorse is?

LH:      Yeah, you got no [UI] [SC]

RC:      Are you a church going person? Were you raised in church? Ok. Let me ask you something, when someone sins, look at me, look at me, when somebody sins, what is it?

LH:      They tell,

RC:      When they do something wrong?

42

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:     they tell you a lie.

RC:     When you do something wrong, now let me ask you something, what happens if you do
        something wrong? You turn around, and you know what, it's not just hey, I stole five
        dollars from Tony and just ate. I've got this, so for us it's not you know, "Hey, I'm
        sorry Tony. My bad." Or just say five Hail Mary's and two uh, two [UI], and you're
        good to go. No. You know what, you have to honestly feel bad about what happened.
        And you know what, hey, pardon my language, but I fucked up! I did something that I
        shouldn't have for whatever reason. Ok? That's the way I look at it life, that's the way I
        was raised. You mess up, you own up to it, you deal with it, you get passed it. Ok? You
        want to keep playing these games with me, that's fine. But I'll tell you what, my stick is
        about that short right now and I'm about to walk out this door. You want to keep
        playing this game with me, that's fine.  I'll walk out, we'll stick to your story bro, it is
        what it is. Your crucifixion, you know what, it's your life. I'm giving you an
        opportunity to be straight up with me, quit bullshitting me, and tell me what happened.
        And man up. And show some remorse. That's it.

LH:     [UI].

RC:     Ok.  Why?

LH:     You say why [UI]

RC:     Yeah,

LH:     [UI] [SC]

RC:     Let me rephrase this, you know why it took us so long to get here?   Why?    Because
        I'm doing my investigation. Ok? So by the time I ask you a question, I know the
        answer. I just want to know if you're gonna tell me the answer. So we can go around
        this circle, once again, I'm gonna tell you, we can go around this circle, yes or no. I'm
        giving you an opportunity to be honest with me. Why?

LH:     I met Molly between, I met Molly between Honey.

RC:     Ok. Keep talking.


43

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      Hon, that, that is my girl, I ain't gonna lie about that.

RC:      Um hmm,

LH:      Honey [UI]…

RC:      Honey's your bottom bitch?

LH:      Huh?

RC:      Huh?

LH:      My bottom who?

RC:      Bottom bitch?

LH:      Uh no, my girlfriend.

RC:      Ok, she's your actual girlfriend.

LH:      I don't, I don't, I don't pimp.

RC:      Ok.

LH:      I don't pimp, I don't do none of that. I don't sell pussy, [UI]… period!

RC:      Ok.

LH:      To anybody.

RC:      So,

LH:      So…

RC:      what happened?

LH:      That's supposed to have been Honey's girlfriend.

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


RC:        Ok.

LH:         [UI]…. ,  girlfriend,  [UI]..

RC:        Um hmm.

LH:        But Honey, I know that I'm boyfriend. So, but Honey says this my girl and so I'm gonna have her here with me.

RC:        Ok.

LH:        So but, she got her after that. So, gettin' off yesterday, yesterday. Not, not tonight, morning, yesterday, yesterday.

RC:        Um hmm,

LH:        So, they like you know, only thing I do is, only thing I really do is, the whole time I do, everyday, all day, is I do go to work. Right across the street, and the only thing I do is sit in my room.  When I'm on a break , I go sit in my room.  You diggin' me sir?

RC:        What'd I tell you about being straight up with me?

LH:        I know Molly. Molly…

RC:        What'd I tell you about being straight with me?

LH:        Honey brought her there. Uh, Honey brought her [UI]…

RC:        Ok, and?

LH:        Honey brought her,

RC:        And?

LH:        I didn't, [UI]…

RC:        And?

45

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      [UI]… Honey was pimpin her…

RC:      Honey was pimpin her? Keep talking. How was Honey pimpin her?

LH:      I don't, I don't want to talk too loud, she can hear me.

RC:      That's why the whole time you can talk normal.

LH:      [UI]….

RC:      [UI]…That's fine. If you do, she'll hear you, but if we talk like this,

LH:      I don't….

RC:      …actually you can talk a little louder. It's not a big deal.

LH:      I don't want no trouble.

RC:      Actually hold on, you can talk a little louder, talking like this is fine, but you have a tendency to raise your voice.

LH:      Cause I have…

RC:      Cause you get excited. I understand that.

LH:      I don't need no trouble.

RC:      Ok.

LH:      I didn't…

RC:      So what happened?

LH:      So, today…

RC:      Today,

LH:      today, wait a minute, [UI]…, today Honey told her,

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:      Honey told her what?

LH:      if you wanna, if you wanna be around me, be around me and my man,

RC:      Um hmm,

LH:      that …

RC:      She wants to be around you and your man,

LH:      and me and my woman,

RC:      You and her,

LH:      uh huh,

RC:      uh huh,

LH:      that she had to get money.

RC:      She had to get money. Alright,

LH:      And I, and after [UI] girl, you don't do nothin', don't you tell her. [UI]  tell her, don't listen to her.

RC:      Ok.

LH:      So, and that's that. But all day, I've been outside back and forth all day, because when she say that to her, I told her that yo, if anybody come over here, uh anything come over here, Police anything, [UI]….

RC:      Ok.

LH:      Because she and [UI]…, I don't have…[SC]

RC:      You told that to Molly? Or to…

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

LH:      No, to her.

RC:      Ok.

LH:      I told her that I don't play, I don't play, I don't play around like that. You know, cause whatever you used to do baby in your past, that's your past.

RC:      Ok.

LH:      So they don't, they don't start me cause my past, it's, I don't run from my past.

RC:      You, you're going on these tangents again.

LH:      I'm sorry. So she, she, she,

RC:      Uh huh,

LH:      she was, she was, yeah she was saying that she's [UI]

RC:      She's the man,  ok.

LH:      she, she was pimpin.

RC:      She was pimpin' Molly?

LH:      Yeah.

RC:      Ok.

LH:      Ok, and that, that, Molly, Molly been up there, Mol, I sit there, her and both on…, I'm still on, I'm [UI]…., I'm not gonna lie to you, she, she…

RC:      Where's your part in this?

LH:      My part? My part never was there because the only thing my part was just saying that…., I look at, I look at Honey and say ok Honey. And that was it. Because…

RC:      Once again, what's your part in this?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:      What, me and Molly?

RC:      Yeah.

LH:      Molly wanted to be with me.

RC:      Um hmm,

LH:      And I told her, yeah we can, we can run off. Um, let me ask my Homeboy, can I get some money so I can run off with you and my [UI] told me to leave Honey alone.

RC:      Um hmm.

LH:       Cause then, that left uh Honey [UI]…. and all that stuff like that. Like,

RC:      Um hmm,

LH:      but, to be honest with you, you know like, I didn't try to fight it.

RC:      um hmm,

LH:      to get like [UI] [BN]…. probably like Molly can't fight that girl because you know, [UI] [BN] and she talkin to dudes on the phone.

RC:      Let me ask you something, so when did you meet her?

LH:      I met Molly [UI] [BN]

RC:      Where?

LH:      I met Molly at the flea market.

RC:      USA.

SR:      [UI]….

RC:      3051 NW [UI] street?

49

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      By 27th Avenue.

RC:      Cause there's two.

LH:      It's…, it's…

RC:      Flea market USA and the other one is [UI] [SC]…. Actually it's North [UI] …. The one
with the Carousel.

TS:      This is shit!

LH:      The who?

RC:      The Carousel.

LH:      Yeah, the um, the one [UI] [BN] ….

RC:      Um hmm,

LH:      Yeah. Not [UI], the second one.

RC:      Um hmm.

[BN]

RC:      When did you meet her?

TS:      [UI]….

[BN]      [TS mumbling]

LH:      I met her [UI]…. Five days ago.

RC:      Friday?

LH:      Friday. But I didn't…

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:      What's the Motel you went to?

TC:      Fucking cold!

LH:      The first one we went to?

RC:      Um hmm,

LH:      Was the Budget Inn. That's my first Hotel.

RC:      Which is where?

LH:      On 27th Avenue.

RC:      With Molly?

LH:      With one, and two and three.

TS:      Babe!

LH:      [UI]….

RC:      Another girl?

LH:      No, there's another [UI] [BN]

TS:      Mario!

RC:      Cece?

LH:      Yeah, Cece.

RC:      Ok, you see where this is going?

LH:      Um um.

RC:      You see, you can bullshit me all you want,

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:       But it's gonna come out regardless. So, I'm [UI] [SC]

RC:       So you might as well just make a [UI] [SC]

RC:       Ok,

LH:       [UI] I never pimped nobody.

RC:       Who took the pictures?

LH:       Who took the pictures?

RC:       Who came up with the wording? [UI]?

LH:       I swear to God, and I'm not, I'm not, not, not bullshittin' with you.

RC:       Who came up with the wording for the ads?

LH:       Wording for the ads?

RC:       For the ads?

LH:       [UI] [Whispering]…. Honey [UI]…..she wrote everything [UI] hey, Take a Trip to Paris, hey, Come to Molly's World.

RC:       Let me ask you, so what did, so what was your thing? Was your thing the protection?

LH:       My, no, my thing, what they ask me to do…

RC:       Was your thing the protection?

LH:       Protect them? Yeah. Basically,yeah.

RC:       Ok. Because I don't know any other reason you would be walking around with a three foot Ninja sword. Oh yeah, I know that.

LH:       Yeah, yeah my sword.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:      Yeah.

LH:      Is, is, is it illegal for me to walk around with my Ninja sword?

RC:      [UI] [SC]

LH:      I'm not gonna hurt nobody.

RC:      because the only reason you would see is for you to provide protection. Right or wrong?

LH:      Yes sir, but…

RC:      Ok.

LH:      but, me havin' my sword,

RC:      And I'm, that's, that, that, I'm not saying you're gonna get charged with possession with it, but what I'm saying,

LH:      that's my sword.

RC:      that's what, I understand that. What I'm saying is, that's what I figured you would be walking around with it. Who walks around with a friggin' Ninja sword is what I'm saying?

LH:      Nobody.

RC:      Unless you're offering protection. Correct?

LH:      Yeah, when somebody ask,

RC:      You know what I'm saying?

LH:      …when somebody ask me there for protection.

RC:      Which was which you were providing for Molly?

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      And Honey.

RC:      And what's Honey's ad?

LH:      [UI]….. Paris [UI].

RC:      See how things are getting along a little easier now?

LH:      Yeah, but I still feel like [UI] control.

RC:      Ok.

LH:      Do you want to know why I feel [UI] control for?

RC:      Why?

TS:      [Yells]

LH:      Because I feel like [BN]

TS:      [hitting wall]

LH:      … they'll open that door over there, [UI] [BN]

TS:      [UI] I'm gettin' impatient, fuck that.

RC:      I'll do that.

LH:      and that that…, I'm available to you, but don't tell her I told…

TS:      Mario!

LH:      ….that I know.

RC:      Have I told you anything that anybody's told me?

TS:      Mario!!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      What!

TS:      What you doin'?

LH:      I'm nothin'. I'm, I'm waitin' on them.

RC:      He's talkin' to me!

TS:      Huh?

LH:      I'm talkin' to the man now. What your name is?

RC:      Cabrerra.

LH:      Cobar…,

TS:      Caboro?

LH:      I'm talkin' to the Officer.

TS:      Oh.

RC:      Real quick, real quick.

TS:      I'm cold!

LH:      [UI] [SC] … bullshit, and I don't play like that. I don't play like that man.

RC:      Ok. But whenever they would get their money,

LH:      Hmm?

RC:      You would get some of the money right? Cause I mean how, that's how it works.

LH:      Yeah they, yeah, they gave me twenty dollars.

RC:      [UI] you get broken off a little bit, [UI]…. You gotta eat.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:     They gave me twenty dollars. Every do a day, every other day, [UI] [BN]

BN:     [TS yawns]

RC:     [UI]…. consent

TS:     This is some bull ass fuckin' shit!!

RC:     [UI]… am I right or wrong? Am I right or wrong? As a matter of fact, you had sex with her without a Condom and you came inside her. Am I right or wrong?

LH:     Yeah, she said she's wanna be my Baby Momma.

RC:     Um hmm.

LH:     And, and I was gonna leave today.

RC:     Once again,

LH:     Yeah, I had sex with Molly.

RC:     Ok.

LH:     And you know, please don't tell her.

RC:     Let's talk, once again, are you willing to give me the DNA, or am I just gonna have to go to District Attorney's Office, get a warrant and get it that way? It's gonna happen.

LH:     Cause I'm in trouble for something, cause if I had sex with her, then I'm in trouble about that?

RC:     How old is Molly?

LH:     Huh?

RC:     How old is Molly?

LH:     Molly told me she, Molly told us she was nineteen.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:      Hmm.

LH:      And when I [UI] [SC]…

RC:      Let me ask you something,

LH:      …her name,

RC:      ok, let me ask you something,

LH:      her [UI] said she was nineteen.

RC:      let me ask you something, you looked at Molly, right? At what point of looking at her says she's nineteen? Be realistic…

LH:      Ok, time out. What do you mean?

RC:      Be realistic here.

LH:      Time out real quick [UI]. And now that I'm, I'm really [UI]…because…

RC:      Be realistic here,

LH:      Now, I did not do…

RC:      [UI]…,in the back of your mind, how old did you think she really was? I mean, this, the, it happens all the time. I work these cases all the time,

LH:      No, to be honest like, when, when…

RC:      I work these cases all the time.

LH:      When she pull, pull hard, pull hard and run to the car, I completely turned around and said, "Baby girl, how old are you?" She, she turned around, uh before I turned around, she said, "Hey, I am nineteen years old."

RC:      Ok.

57

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:     When the Officer came to pull us over there, ov, over, over there before they pull, the Officer  been pull us over with Molly in the car and everything in the Mercedes Benz. Cause she's talkin' about the Mercedes Benz?

SR:     When was that?

LH:     That was like two days ago.

SR:     Ok.

LH:     They had pulled us over and they ran everybody's name in the car. Molly came back…

RC:     Who were they, were they in….

LH:     No that was, the Uniform, [UI]….

RC:     Ok, brown uniforms? Or…

LH:     No, black. That was a black truck with black tinted windows. Chevrolet. It was  jump out. It was jump out.

RC:     [UI]….  jump out.

LH:     [UI]

RC:     ….City or County?

LH:     Right here, same person. The same [UI], in, at the [UI] car. It was the same man.

RC:     Ok.

LH:     I told him, I was like, you remember me? I was…, you had ran our name. He was like, oh it is you right there. I wrote your name down, ya'll was good.  That's what I'm sayin'. She told me she 19. [UI] the officer ran everybody's name, I heard on [UI]… she she was Nineteen. On, on, on the [UI]….. fake name or [UI].

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

RC:     No, no, that was two days ago, you been with her since Friday. But what I'm asking you is when you first looked at her, you had to ask her her name because you looked at her and said, that uh, uh that ain't right.

LH:     Uh, when I asked her her name,

RC:     I do this all the time. Let's be honest, we're grown ass men.

LH:     I really I….

RC:     And you know, and you figure you're save because you did ask her that question, she told me she's nineteen, how am I supposed to know? Right? But what I'm asking you is, when you [UI] [SC]

LH:     Am I goin' to jail for rape, cause I, I did not know the real, 'cause she told me she was nineteen, I ain't lyin'.

RC:     Come on, come on, look at me, look at me, you're not goin to jail for rape. Because you know what, it's consensual. It's consensual. Rape is force, threats or coercion. Did you force her to have sex?

LH:     No,

RC:     Did you threaten her to have sex?

LH:     No,

RC:     Did you coerce her to have sex?

LH:     I didn't do nothin'. She said, that's what she said, she wanted…

RC:     Hold on, what I'm asking you is, when you look at her, does she look nineteen?

LH:     To be honest, these days…

RC:     No, don't "to be honest" with me.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

LH:     Yes, I really thought she was…, no, I [UI] because these days in the world, these little young, these, these little young girls out here who look, who look,

RC:     What, what is funny is the fact that you actually said young. Come on…

LH:     And I'm no, I'm tryin' to tell you like I'm from Atlanta. Them young girls look like they that these days. Like, they, they might as well [UI]…. And that if, and if you had not seen a little young girl walkin' on 37th, or 27th, or 77th, uh 277th Avenue, who, who you think are grown.

RC:     Well, you're talking to the wrong person,

LH:     No,

RC:      'cause I work, I worked ten years in Liberty City.

LH:     Well, well I meant [UI] understandin' from, from my understandin' where I'm comin' from, that I have seen young girls who look like, look like they twenty four. I, I…

RC:     And they end up being, they end up being like fifteen, yeah. But see, I work these [UI SC]

LH:     No, time out, time out, time out.

[SC]

RC:     I'm giving you an example, ok?

LH:     And I, I

RC:     What I'm asking you….

LH:     I met her grandmother.

RC:     Ok. Like where she live, grandma?

LH:     They, they stayin' um at, at Haiti. Uh no, not Haiti, I'm sorry, at Hialeah.

60

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:      Hialeah.

LH:      Ok, in Hialeah.  She said [UI] her Grandma met and everything. And [UI] the car and [UI] say hey, I'm, hey how you doin' sir, I said hey, how you doin'?

RC:      Once again, once again, all I'm asking you is, was there a doubt that she wasn't nineteen? You can look at me and give me whatever answers you want, because you still haven't answered. You still haven't answered. You know why you haven't answered? 'Cause you know that there was a part of you that said, this girl [SC].

LH:      It was like a, it was like a…

RC:      There's a part of you that said…

LH:      it was like a twenty percent chance… [UI]. But, but how she acted and how she talked [SC]

RC:      I understand that,

LH:      …and how she talked. I thought she was grown.

RC:      I understand that, but when you look at her, you can't look at that face and say, that's twenty something, that's nineteen years old?

LH:      Nah, when I look at her face, I was like, okay, that I, I, I looked twice! I, I looked…

RC:      Ok.

LH:      and that, that she's and that I, I, you know, I…

RC:      I'll give you the benefit of the doubt.

LH:      I asked her twice,

RC:      Alright,

LH:      before she no, before she even came in my [SC]

61

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

RC:     Alright,

LH:     before she got in my…

RC:     Time out, time out, why did you have to ask her twice, because deep down you said…

LH:     In my, in my heart, in my heart, something tell me right then, that was like hold up.

RC:     Ok.

LH:     [UI] [SC]

RC:     So you, so you had, so you had an idea that like man, is she lying to me?

LH:     I told everybody. I said, I think she's lyin', but after that, I said, the only thing I say is watch out.

RC:     As, as long, as long as she tells you…

LH:     She told me straight up.

RC:     as long as she says she was nineteen,

LH:     She said she was nineteen.

RC:     As long as [SC]

LH:     [UI]…

RC:     …she tells you she's over, she's over eighteen,

LH:     I swear to God,

RC:     You're good right?

LH:     man, I wouldn't have [UI] fucked with her.

RC:     But, but, but, but what I'm saying is, deep down, you thought…

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:     I was like….

RC:     something ain't right.

LH:     I was like…hmm. And after that, after that, that why I said to [SC]

RC:     Ok.

LH:     …specifically to her…

RC:     By the way, she's thirteen years old.

LH:     She what?

RC:     Thirteen.

LH:     She's who?

RC:     Thirteen, one three.

LH:     Man, I'm goin' to jail for rape because I did not know.

RC:     Did I ever say you were going to jail for rape? What did I say was the definition of rape?

LH:     Well the hell people tell me she was nineteen?

RC:     Did I ever say you were goin' to jail for rape?

LH:     No, but, but, you think I woulda had a child around me? And if I got a little girl, you think I'd do some shit like that to a, to a child if I, if I knew she was a child? Damn no. I got a little girl. Who I look, who look up to me every day…, talk to her, talk to her every day. Like they taught me to [UI]…., cause I ain't never, uh she told me she was nineteen. And it, when the police run her name, how'd it, if it, if you were on [UI] …can I, can I ask you a question real quick, if the police run your name, not actually a police but uh, a, a jump out officer run your name and it, and if they [UI] people…

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:     Did you give him an I.D.?

LH:     No.

RC:     So how do you know it was her name they ran?

LH:     She said [UI]…that's…

SR:     [UI]…

LH:     Um with a "C" word. [UI]….

RC:     I can [UI], that's not her name.

LH:     [UI]… me remember her name, like them [UI]…it was…, it, I [UI] cause…

RC:     What did you call her?

LH:     Huh?

RC:     What did you call her?

LH:     B.G.

RC:     Why B.G.?

LH:     She said that was her name when I first met her. B.G. Baby Gangster.

RC:     [Snickers]

LH:     Real talk. You think I'm playin', I'm, dead ass serious.

RC:     No I know it. But you gotta admit, that's kinda funny.

LH:     It, it, it was funny. When she said Baby Gangster, I was like are you really gangster?

RC:     Come on, a white girl at a flea market, you would say, and she's talking about [UI] [BN]

64

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:     [laughs]

RC:     My man, my man.

LH:     She talkin' about how that was B.G. dawg, Baby Gangster, and like I asked her….[SC]

RC:     Small, white, with blonde hair, my man…

LH:     [laughs]  Listen, when I asked her 'pecifically now, I said what's your real name, and she said listen, my name is B., my name is B.G. straight up dawg. That how she talk, straight up dawg. My name is B.G.

RC:     You know, cause that should have been your first inclination, ok [UI]. That mental attitude, ain't right.

LH:     But see, but see, time out, time out, time out, but see, what caught me was with her was [UI]. Now, now what she and she ain't tellin' you anything else, now hold up, but when, [UI]….. real quick, she [UI]. She came to her, no actually no, my bad. I was outside, she run between my car. She, she told me, she has a Xanax bar. She has a Xanax bar. I don't do drugs, she do drugs. I don't run that shit. I'll go and I'll [UI] home and provide my family. That who I got is her.

RC:     Where's your kid, in Miami or Georgia?

LH:     My, my little girl in, in, in Georgia. I often leave…

RC:     What part of Georgia?

LH:     In Atlanta.

RC:     Atlanta?

LH:     Um hmm. And, and I [UI], I was fixin leave this week, this Friday to go see my little girl cause I heard she was actin' up in school. She almost got suspended twice.

RC:     Wow. And she only eight years old?

65

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

LH:        And she only yeah.

RC:        You told me that…

LH:        And no, not true,

SR:        Oh sorry.

LH:        no, not my, I [UI] was eight.

RC:        I thought she was eight?

LH:        No, my little girl is four years old.

RC:        And she's suspended twice?

LH:        She suspended twice and then [UI]…, she slappin' the teacher.

SR:        Oh.

RC:        Wow.

LH:        So you don't, you don't think that my, right now how I feel, that I won't go down and [UI] her ass? I'm [UI]  my damn self.

RC:        Corporal punishment. Period.

LH:        [UI]

RC:        Not true.

LH:        Um hmm, it is. In Georgia

RC:        [UI]. Oh I don't know…

LH:        In Georgia, they said if, if you hit her and they see any type of split, bruise or anything.

RC:        You know we're going off topic again.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:      I'm sorry.

RC:      I keep talking and you going off the topic.

LH:      I'm sorry but to be honest with you,

RC:      Ok.

LH:      I didn't know she was thirteen. I didn't know she was thirteen. I did not…, she was off down on my girl talkin' she was nineteen, and that, that I'm a grown ass woman.

RC:      Ok.

LH:      And that the only thing I remember. And after that, yeah but she….

RC:      Ok,

LH:      um ok. But I did not force her to have sex with me.

RC:      So you know basically, this is the reason I'm here.

LH:      Cause, the rape?

RC:      Did I ever say rape? Jesus Christ, we're gonna keep coming back to this.

LH:      No, I'm talkin' about other things.

RC:      You got consensual sex with somebody who happens to be underage. Ok.

[BN]     [TS moving around in other cell]

RC:      [UI] [BN]

[BN]     [01:05:29 – 01:05:49]

LH:      [UI] … cause I had sex with her.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:      Ok, I understand that, but I need to go through my notes cause I need to look at my… [SC]

LH:      I looked, no I looked at it already.

RC:      But you never finished signing it.

LH:      No, I'll finish that right now, come on. Because I mean, did they, [UI]…

RC:      Everything's on the table. You know, this is where we're at.

LH:      Right, can I ask another question though?

RC:      What?

LH:      And that's at, you probably get mad at me for keep asking this though because I really want to know, is, is I'm really getting charged for this, and I really getting charged for this because…

RC:      Right, just Lewd, Lewd and Lascivious Battery,

LH:      Huh?

RC:      Lewd and Lascivious Battery.

LH:      That's my charge? And what that is?

RC:      That's your charge for having sex with somebody that was between the age of twelve and sixteen. Now, the other thing she was uh actually, I'm sorry, twelve to fifteen, if she was sixteen or seventeen years old, you would happen to be over twenty four, and that would be Unlawful Sexual Activity with Certain Minors.  This just [UI].

SR:      Yeah.

RC:      Ok?

LH:      [UI]…

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

RC:       Sign here,

LH:       Here and right down there,

RC:       Uh 4/10/2015 right there.

LH:       Well, I'm goin' to jail tonight? To be honest.

RC:       Yeah, I just told you the situation.

LH:       Uh what the time?

RC:       4:17 a.m.

LH:       So, is that a Felony? Misdemeanor? What?

RC:       No, technically it those are…., everything that I investigate is a Felony.

LH:       So, I'm charged with a Felony right now?

RC:       Yeah. [UI]

LH:       Ya'll can't lower it down for me?

RC:       [UI] [BN]

TS:       I'm fuckin' just so fuckin' mad! [groans] I don't like the cold shit hurtin' my body.

LH:       But, can I ask another question?

[BN]      [TS pounding on wall]

LH:       What's gonna happen to Tabitha?

TS:       I'm gonna fuck ,fuck that shit now!

RC:       [UI] [BN] Ok, pull out these two…

69

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:     Do I have a bond?

RC:     There's a bond for that, yeah.

LH:     How much is it?

RC:     I don't know, here [UI]…. Now, do me a favor…

LH:     [UI]…

RC:     Put them both together, ok. You gotta have them both together, you're gonna put them on the inside of your cheek, you're uh pick one side. You're gonna rub it. Ok. Alright, that's your right side. Put both of them in here to make sure my [UI]….

LH:     [UI] please look out for me cause I did not know for real, please? Because I did not know for real. I did not know [UI] [SC]

RC:     Hey man, you know what, you just gained some major points with me because you finally been open to me.

LH:     [UI] [BN] …help me, [BN]

TS:     [pounding on door]  Yo!!

LH:     [crying] [UI]….raped  that girl.

RC:     Once again, I…, uh do you know what rape is, definition of it? It's sexual battery. Sexual Battery.

LH:     Yeah but, that's all they gonna put me on. They ain't gonna put me up on the floor with… [SC]

RC:     No they don't.  Besides actually, you know what, that's the safest floor there is. [UI]…

LH:     What?

RC:     That's because  the, the [UI]….. that's the safest floor there is.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:      What no, what, what you talkin' about?

RC:      I'm talking about…, hold on. Put that on the other side.

LH:      You talkin' about that  floor that [UI]……

RC:      Huh?

LH:      You talkin' about the people that keep [UI] [SC]

RC:      That's the people we arrest. [UI]…exactly like… You see, [UI] [SC]

SR:      Anything's that like sex related.

RC:      [UI]…

LH:      Can I, but can y'all, can y'all do me a favor..

RC:      [UI]

[BN]     [TS pounding on wall]

LH:      [UI] [BN]…

RC:      I need to check with my Supervisors, but [UI]…. as of now.

LH:      Ok.

RC:      So, I will check with my Supervisors and see when I'm done here, if they will you [UI]
         [BN]

TS:      I don't give a fuck! They just need to give me my charges so I can fuckin' go! Shit! It's
         fuckin' cold in this shit!

LH:      [UI]…. Because I did not know.

RC:      I don't have a choice with that now. I don't have a choice.

71

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


LH:       The day I pulled up on the [UI] [BN]

[BN]      [TS pounding on wall]

RC:       [UI]….

TS:       I don't give a fuck, I'm gonna keep makin' noise. I don't give a fuck!

LH:       [UI]….

TS:       They gonna come in here! [UI]..

LH:       Yeah, she, [UI]….

RC:       Hmm.

SR:       Yeah, ok.

LH:       And I do too. You told me you would take me [UI] [BN]… I just went through that! I went through all that! It'll take about five minutes, I don't want to say goodbye like that cause I don't her [UI] to look at me funny.

RC:       Well, when's the last time took it?

SR:       [UI]… how long you with that?

LH:       I haven't, I haven't, I haven't took none.

SR:       You haven't taken any?

LH:       No,

RC:       So you haven't taken it what,

LH:       A loooong…..

RC:       the last month, six months, a year, two, three years? Five years?

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      No.

RC:      Why aren't you taken them? I asked you if you been diagnosed with anything, Bi Polar, Schizophrenia, [UI]… all you told me was you had Ritalin.

LH:      Yeah, I don't tell that to [UI]….

RC:      Why?

LH:      Cause then [UI]…. and they look at me different.

RC:      What, [UI] [BN]

[BN]     [TS pounding on wall]

LH:      [UI]… want me to tell you?

RC:      Yeah, what was it?

LH:      Well um [UI] [BN]…..

RC:      Ok, so you're fine with it? I mean [UI]…

LH:      No, but I wanna go to my, I wanna go to where I supposed to be at.

RC:      Ok.

LH:      I go to my [UI] [BN]

TS:      I'm gonna bang my head against this wall til it bleed. I don't give a fuck!

[BN]     [TS pounding on wall]

LH:      [UI]…

TS:      They gonna come in here! I'm gonna bash my head every time.

LH:      Stop!

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:        What you want?

LH:        I wanna know what um… I just wanna know like [UI] [SC]

TS:        I'm gonna have a concussion. I'm gonna fuck, they gonna come in here!

LH:        I'm being charged with a Felony because of, of, of a minor?

RC:        Yes.

LH:        But, ain't it, so ain't it something that [UI] [SC] [BN]

TS:        Bitch! I say suck me! I'm gonna fuck!

LH:        [UI]….or…

RC:        Yeah, that's why getting Lewd and Lascivious battery, opposed to Sexual battery. [UI]
           [BN]

SR:        Sexual battery is when …

RC:        Is Rape.

SR:        …they didn't consent.

RC:        Yeah. That when she did not,

SR:        Right.

RC:        so that means you forced her to have sex.

SR:        And that's not what he's saying you're charged with.

RC:        Once again, I'm saying she consented to having sex with you.

LH:        Ok.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:     Here's, here's the kicker, if she was under twelve,

LH:     I'd be able [SC]

RC:     that, that's actually a life, actually it's a capital punishment because of your age. Which means…

SR:     Technically,

RC:     They could give you the chair. So,

LH:     Am I gettin' the chair now?

RC:     No, no, no.

LH:     But they'll give me some time,

RC:     No,

LH:     to my own….

RC:     no. Relax. Ok? Give me a few minutes,

LH:     But, for me being [UI] [SC]

RC:     Let me see if I can talk to her and [UI]…

LH:     …me being locked up and, and so…

RC:     What?

LH:     before they let me….[UI] [BN]

[BN]     [TS kicking table]

RC:     Ok?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

TS:     This shit fuckin' hurts! Ain't that a bitch! Uh uh! [UI – screaming, cursing] Let me outta here! [UI]. Every time I get the fuckin' thing, I'm gonna do dumb ass shit! [UI]…

[BN]    [Officers leave Lemario's interview room – 01:12:51]

LH:     Honey!

TS:     Ain't nobody comin' here and talk to a bitch,

LH:     Honey!

TS:     Shit!

LH:     Stop!

TS:     Man, fuck ya'll!

[BN]    [pounding on wall]

TS:     What the fuck! Come in if you feel like it!

LH:     Honey!

[BN]    [Door squeaking]

LH:     Honey! Tabitha!

RC:     Hi.

TS:     Hello.

RC:     You gonna keep acting a fool or…

LH:     Tabitha!!

TS:     [UI]… I told ya'll I been cold. Ain't nobody come bring me a sweater here.

RC:     [UI]

76

31E-MM-6286387
CD# - Hardnett-1
Date:    April 10, 2015


TS:    I'm crampin' bad. The cold is makin' me cramp. [UI]

RC:    Did you use the restroom?

TS:    Yeah, but I'm still crampin'. No Tylenol, ya'll can't give me no Tylenol.

RC:    "Sssss, Sssss, Sssss, Sssss," Look we're gonna [UI] [SC]

LH:    Chill baby!!

TS:    Uh ya'll can't give me no Tylenol, I understand that. Yeah, I can't get nobody no [UI] [SC]

RC:    Have I given you attitude at some point today?

TS:    My period on, so I'm kinda bitchy right now.

RC:    I understand,

TS:    That's just a woman. I'm...

RC:    Look at me, look at me. I'm a very nice person.

TS:    Me too! But I'm getting' aggravated. And I, and I take [UI] crisis. So if ya'll ready to put me in crisis, y'all need to go and get [UI]....

RC:    Once again, once again, don't take my kindness for weakness.

TS:    I understand that but baby, I'm cold!

RC:    [UI]  respect issues, I will give it to you as long as you give it back.

TS:    It's like ain't nobody come in here calling to me, askin' me no questions, I'm gonna [UI] [SC]

RC:    What did I tell you, give me time, right? What'd I tell you?

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


TS:       I just want to, if I'm gonna get booked, ya'll just need to book me cause I rather be in a bed.

RC:       Can you do me a favor? Let's make a deal. Do me a favor.

TS:       What's the deal?

RC:       Can you give me fifteen minutes, let me square up and I'll sit down and talk to you. We straight?

TS:       Ok.

RC:       We straight?

TS:       Yeah, I'm gonna sit here nod off for fifteen minutes. And I never been no interrogation took this long. Even on forty eight hours, they don't interrogate a person this long.

RC:       Have you ever been interviewed?

TS:       No.

RC:       Oh you think, do you think you're being interrogated?

TS:       Yes I am.

RC:       Have I talked to you, have I interrogated you?

TS:       But this is what it look like.

RC:       But it look like what?

TS:       I'm been getting' interrogated.

RC:       I'm asking you to sit, I'm asking you just sit down. Are you sitting on the floor? Or are you sitting on a nice comfy chair?

TS:       Ain't that comfy…

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:     Ok, are you being allowed to use the restroom?

TS:     Yes.

RC:     Giving you something to drink? So at what point have I made this …

TS:     It's just I feel like I'm in a ca, like in forty eight hours, like I done committed a crime and some shit like….

RC:     Listen to me, forty eight hours is the City of Miami and that's homicide. I don't work homicide, I work for the county. Two totally different things, ok? Now,

TS:     I just never been in a situation like this.

RC:     Let me talk, …I understand that. Let me knock out what I gotta do and I'll come down and sit and talk to you. We straight?

TS:     Yeah, but I told….

RC:     Are you gonna start acting a fool again?

TS:     No.

RC:     Are you sure?

TS:     Uh, I think so.

RC:     No, there's no think.

TS:     I ain't gonna act a fool, I just ready to get talked to.

RC:     I want, I want you word, I want your word. Are you [UI] [SC]

TS:     I ain't gonna act crazy, I just want…

RC:     I want your word you can be in here for fifteen minutes.

TS:     Yes. Tabitha gonna be straight for fifteen minutes.

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015

RC:      And I'll come in a talk to you.

TS:      Ok.

RC:      You be like a fool, we're gonna have issues.

TS:      No, no, no, no. I just want to come, I just want you to, I just want to get talked to.

RC:      You act a fool, you're gonna start getting the [UI] out of me.

TS:      No, no, no, no, I don't want no [UI]…

RC:      Ok?

TS:      I just wanna, I just wanna know what's going on.

RC:      Alright, I'll sit down and talk to you. We straight? We good?

TS:      Um hmm, fifteen minutes. Fifteen minutes!

RC:      Alright, you want something, you want some more [UI] [BN]

TS:      No, I'm a just wait fifteen minutes.

RC:      You want something to drink?

TS:      No.

RC:      Alright.

[BN]     [Door squeaking]

LH:      Hello? Sir?

RC:      What?

LH:      Did you talk to her?

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

RC:     She's fine.

LH:     Huh?

RC:     She's fine. I'll talk to her in about fifteen or so.

LH:     So um…

RC:     People like to talk to me. I'm soothing.

LH:     Do you um, you, you don't have…

RC:     And you, I'll tell you what, let me deal with that and I'll be back whenever I'm done with that, and come back and I'll talk to you again.

LH:     I just want to make a phone call.

RC:     Deal?

LH:     Deal.

RC:     Deal? Straight? Don't start actin' a fool like that.

LH:     Oh hell no.

RC:     Alright. Let me deal with that.

LH:     But ya'll let, come back and let me know how much my bond is?

RC:     When I'm done with that, I'll come back and we'll have a conversation. Cool?

LH:     Ok.

RC:     Deal?

LH:     Yes sir.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:     Want something else to drink? Want some of my nasty coffee?

LH:     No, no, I just want some more, I just want some more coffee how I had it the first time.

RC:     Huh?

LH:     I just want some more coffee how I had it the first time. The first cup you gave me?

RC:     You want another one?

LH:     Um hmm.

RC:     So it wasn't that bad?

LH:     No, it was good. It was, it was ok.

RC:     Then why you messing with my coffee? You told me it tastes like shit man.

LH:     The one you was likin' taste like shit though.

RC:     I like it like that. [laughs] But I'm, I'm going over to talk to her and about fifteen minutes, I'll bring it.

LH:     Ok.

RC:     Cool?

LH:     Cool.

[BN]    [Door squeaking]

LH:     Honey!

[Quiet]   [01:18:22- 01:18:29]

LH:     Honey!

LH:     Honey! Baby! Where the fuck she at?  Honey!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


TS:      Yes!

LH:      You ok?

TS:      No. I'm ready to fucking go!

LH:      Baby.

TS:      I'm not with this fucking shit!

LH:      Baby!

TS:      What!

LH:      Pull your head up.

TS:      My head is up, what?

LH:      Why you saying what like that? Like you mad at me.

TS:      Cause I'm tired! I'm ready to fucking go! All this bullshit over a white Ho!

LH:      You can be mad at them, [UI] [SC]

TS:      I'm just ready to go, I'm about to say get the fuck out and I don't, I won't care! I'm ready to fucking go!

LH:      Honey! Baby!

TS:      What!

LH:      You could, you could be mad at him when they, when they comin' to tell you.

TS:      What happened?

LH:      You could be mad at him, they come and talk to you.

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015

TS:      So what the fuck they telling you?

LH:      Huh?

TS:      What they telling you?

LH:      I'm goin to jail.

TS:      For what?

LH:      Hoo! Hoo, hoo, hoo! For a minor.

TS:      So, how old she was?

LH:      Hoo! Now this your fault!

TS:      Really!

LH:      She was like…

TS:      Really! And the bitch lied?

LH:      Yup.

TS:      But it's my fault?

LH:       They'll tell you how old she is when they come over there.

TS:      So how old she is?

LH:      Hoo! One Five.

TS:      Wow. And that bitch said that right? But she keep sayin' she nineteen! Ooohhh.., so what we goin' to jail for, rape?

LH:      Huh?

TS:      So what we goin' to jail for, rape?

84

31E-MM-6286387
CD# - Hardnett-1
Date: April 10, 2015

LH: Not sayin' rape, it's the other way around rape. But it's, it's um, it, it ain't sayin', it ain't saying it's rape, it just sayin' like, it's, it's a better version of sayin' rape.

TS: It's the worst of, it's a badder word?

LH: It's a better version of sayin', it ain't sayin' rape. It ain't no rape charge period. It has [UI] [SC]

TS: So all along she was Fifteen?

LH: …[UI]…minor. But she could, but, but she consent to it.

TS: And she did.

LH: Yeah.

TS: This shit is, I'm done. I've been, I don't know!

LH: Hey,

TS: What!

LH: We done baby.

TS: Huh?
LH: I said we done.

TS: Done with what?

LH: With this shit period!

TS: Huh?

LH: I said doin' that shit period! Anything else, we done with it.

TS: What you mean?

DRAFT

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


LH:        I don't want this lifestyle.

TS:        You don't want this lifestyle?

LH:        Yeah.

TS:        I been tellin' you that. We was doin' it fine by my stuff.

LH:        Yeah. I did not know, they just told me she was one five.

TS:        Wow.

LH:        So you might just get ready to go to jail too.

TS:        I already know I'm gonna, I'm gonna go to jail. Uh, uh, for my….really!! Wow…

LH:        Baby! Baby!

TS:        What!

LH:        New York could get us out. He already told, didn't he tell you that?

TS:        But he don't know my name.

LH:        I'm gonna call him and tell him your government name. You hear me?

TS:        I'm just fuckin' mad! 'Cause the whole thing is she lied!

LH:        Baby! Honey!

TS:        What!

LH:        Listen, fuck all that. It ain't nothin' too serious. Listen, we gonna be bonded out. Don't worry about it.

TS:        I understand that but still! Why would she lie like that, and I specifically asked her, how old are you for real! I'm Nineteen! I'm Nineteen! And she know she was fuckin' fifteen. I told her if she was fifteen, get the fuck from around me! Cause I'm not goin'

86

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015

to jail for no fuckin' minor! Bitch, my son's eight years old! Bitch, I'm mad! I'm pissed the fuck off. I'm mad. Anyway [UI], I'm fuckin' mad.

LH:        Yeah.

TS:        Cause ain't no nineteen year old got that type of baby fuckin' face!

LH:        Huh? What'd you say baby?

TS:        Ain't no nineteen year old got no baby face like that.

LH:        You right. That what he said.

TS:        And we, and then I kept askin' her and I kept askin' her, I'm nineteen, I'm nineteen! I, I look her dead in her face. She swears to her, to god that she was nineteen!

LH:        Baby!

TS:        Ugh….!

LH:        Baby!

TS:        What?

LH:        Don't worry about it. I got it [UI] [SC]

TS:        I don't think, I'm gonna fuckin' sit in a fuckin' cell!!

LH:        You say what?

TS:        I don't feel like gonna sit in no fuckin' cold ass cell!

LH:        Baby! You won't sit in jail cause New York gonna bond us out.  New York gonna bond us out. I just gotta call him. 3-0-5, 7-0, 7-0-9. 7600.

[Quiet – 01:24:36 – 01:24:42]

LH:        She put… hey! Baby!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


TS:     What?

LH:     She put both of us up under the bus. So you might [UI] talk to 'em.

TS:     Huh? What happened?

LH:     She put us both up under the bus.

TS:     What did she say?

LH:     Shit, we was pimpin' her!

TS:     Are you serious?

LH:     Yeah.

TS:     Wow. [crying]

LH:     But we got a bond though. What we goin' to TK? Honey! Honey!

TS:     It's T, TDK.

LH:     Is that where we goin'?

TS:     I don't fuckin' know. I never would, been arrested for no stupid shit like this. 'Cause I
        believe what the bitch say! They tell me they over eighteen, I'm gonna believe it. She
        should never have fuckin' lied.

LH:     Right.

TS:     Cause bitch! I don't fuck around with minors. She specifically said she was nine
        fuckin' teen!

LH:     But you chose the [UI] though.

TS:     She what?

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      I said but you liked it, but you, but you, you know what I'm tryin' to say.

TS:      Man, I just man… Oooh Jesus!

LH:      If we known that was just a kid, or CeCe.  Hey, guess what? Baby!

TS:      What?

LH:      Guess what?

TS:      What happened?

LH:      She brought CeCe name up.

TS:      Huh?

LH:      She brought CeCe name up.

TS:      Wow.

LH:      She brought the Mercedes Benz up. She told them that we picked her up,

TS:      Wow.

LH:      what time it was, everything. You hear me?

TS:      Yeah.

LH:      So you might don't do no, you might don't do no talkin' cause it's the same charges goin' down for what, what I got.

TS:      So what's your charges?

LH:      He said it's not rape, it's just, it havin', it's, it's havin' sex with a mine…, it's havin' sex with a minor but, but I had a consent with it.

TS:      You didn't even have sex with her!

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015

LH:       She told them I did.

TS:       Wow. So did you?

LH:       Huh?

TS:       So did you?

LH:       Yeah, my dick sucked baby!

TS:       Excuse me?

LH:       I said I got my dick sucked baby.

TS:       [sighs]

LH:       You mad at me? Honey!

TS:       Huh?

LH:       You mad at me?

TS:       What happened?

LH:       Are you mad?

TS:       No, because even if you suck the fuck, it's still consent, it's still sex! This Ho just lie! And I knew that she was…, I just knew it! But she kept lyin'!

LH:       Yo, baby.

TS:       What's up?

LH:       You know when I tell New York about it,  you know him like wow….! You know that right?

TS:       New York say what?

90

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:     I say when I tell him how old that girl is he be like wow! Oh, hey! Babe!

TS:     Huh?

LH:     She told him you was the Madam bitch.

TS:     Huh?

LH:     She told you was the Madam.

TS:     I can't hear you, what you sayin'?

LH:     She told them that you were the Madam, you was the Madam.

TS:     What!

LH:     She told told that you was the Madam!

TS:     I was a baby?

LH:     A Madam.  A Madam.

TS:     Oh wow.  [giggles]

LH:     And guess what? Baby!

TS:     What?

LH:     Guess what? Do you hear me?

TS:     I'm listenin'.

LH:     They had, they had her picture from this morning.

TS:     What happened?

LH:     They had her picture from this morning.

31E-MM-6286387

CD#  -  Hardnett-1

Date:   April 10, 2015


TS:      They had a suspicious since this morning?

LH:      They had her picture this morning.

TS:      Wow.

LH:      With the same red bandana, everything.

TS:      Wow.

[Quiet – 01:30:00 – 01:30:32]

LH:      Baby!

TS:      Huh?

LH:      What that thing you say when you want to go to a crazy home?

TS:      What you say?

LH:      What is that name when you, when you, when you say you crazy and you want to go to a crazy home?

TS:      Huh?

LH:      I said, what's that name is when you, when you, when you crazy and you go into a crazy home?

TS:      You need to talk to a lot of what?

LH:      I said, what is that name is when you go to a crazy home?

TS:      Would I put plays on?

LH:      No, to a crazy house.

TS:      To a crazy house?

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      Yeah! What's the name?

TS:      Crisis.

LH:      And I'm Bi-Polar and Schizophrenic so that mean I gotta go there.

TS:      Copper, you goin' to jail, they ain't gonna send you to Crisis.

LH:      Huh?

TS:      You goin' to jail, you not goin' to Crisis.

LH:      Where you goin'?

TS:      To jail!

LH:      But it [UI] [SC]

[SC]

TS:      There ain't no Crisis in this shit! This Ho was Fifteen! There gonna put us under the
         jailhouse for her lies!

LH:      Baby! Don't you know when he said, I had to rephrase that question, he had to say it
         three times. Sayin' that she's fifteen. I said huh? fifteen huh? What you say? And you
         know what she told him? Baby!

TS:      What?

LH:      You know what she told him?

TS:      What she told him.

LH:      She told him that I [UI] in her.

TS:      Wow. Did you?

LH:      No, I got my dick sucked.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


TS:      So that…, oh wow!

LH:      Baby!

TS:      What!

LH:      Listen, all they have to come do is ask you the same damn questions.

TS:      Man, I don't want to talk to nobody. If they gonna book me, book me! Don't say shit to me! Straight up.

LH:      That what I told them. I'm ready to go lay down now. But I'm gonna be, but we're gonna be right back out. Today!

TS:      How much the bond is?

LH:      Baby, that what I wanna know. It, it can't be no more than thirty five hundred. Or forty five hundred. That'd be five hundred to get out of jail. But you know, New York know a Bondsman. You know that right?

TS:      I know.

LH:      Don't you know a Bondsman too?

TS:      Yeah.

LH:      Oh, so you ain't worried about that is you?

TS:      Yeah, I'm worried cause I ain't got his number by heart!

LH:      What's his, what's his name for the Bonding company?

TS:      Cas.

LH:      Who?

TS:      Cas. C-A-S.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:     Cash?

TS:     C-A-S.

LH:     Cas.

TS:     Cas.

LH:     Ok, T-A, T-A-S?

TS:     C-A-S. Cas.

LH:     Oh ok. I said the Bonding company name?

TS:     I don't know man. They need to hurry and come in here. He's done talking to you?

LH:     Yeah, ain't nobody here but me.

TS:     They need to come on, cause I'm gonna fuck. They need to come on and talk to a bitch,
        book me, do whatever the fuck they [UI] got to do, so I can get the fuck gone! Fuck ass,
        grab what ass, redneck, Soho dairy ass, fuck draggin' ass cracker! I hate this! I hope all
        their ass die!

LH:     Baby!

TS:     What!

LH:     I was tryin' to school the mother fucker, but the mother fucker kept sayin' that she
        knows what the fuck to do. I told her it was Thursday, it was jump out day.

TS:     Man, I don't give a fuck! I'm just ready to go! This Ho straight lyin' the mother
        fucker.

LH:     Yeah.

TS:     And then she told New York there and they rushed their room.

LH:     She did what?

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

TS:     She told New York there and they rush their room too!

LH:     For real?

TS:     Yeah!

LH:     When that was?

TS:     When I was walkin' from the um, by my friend house. You know Catchy. And he called me, he was like, you know what's goin' on Honey? I was like what's up? He was like bla, bla, bla, bla, the girl done went in, they done took you in and they done rushed my room 'cause the girl went to snitchin', and lyin' on people.

LH:     So they rushed New York room?

TS:     Yup.

LH:     What time this was?

TS:     When you left. When they said that you was up there. They rushed his room.

LH:     No, they went to somebody else door baby.

TS:     It was his room.

LH:     No, it was 2-0-4 door. Cause I was standin' there.

TS:     I'm tellin' you what the man told me out his own mouth.

LH:     Huh?

TS:     I'm tellin' you what he said out his own mouth.

LH:     Did they find anything?

TS:     I don't know. I don't care! They need to come in here! Fuck it! Thirty minutes!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:     Baby, please calm down. Ok?

TS:     Man, I don't give a fuck! I need to talk to him! Stupid ass cracker! Workin' for Bush and shit! Fuckin' Husain Obama ass bitches!

LH:     That why I don't [SC]

TS:     I'm not gonna stay here no more! Mother fuckin' [BN] I'm [BN]….

LH:     Honey! Baby!

TS:     They better come here and tell me fuckin'straight!

LH:     Hey! Honey! Sit down please! Take it out [SC]

TS:     It's been fifteen minutes, I'm ready to fuckin' get booked. Whatever my charge is, let me get the fuck booked!

LH:     Baby!

TS:     What!

LH:     Please calm down!

TS:     I'm calm! I'm ready to get the fuck gone!

LH:     I know. And when they come over, just let them go and book you in, so we call New York [UI] out of jail.

TS:     Man, they ass need to fuckin' come on! Stupid ass cracker! Smell like Pork and Beans and shit! Dumb bitches! I hope all his family and kids die! Hate their ass dog. They don't never do their fuckin' jobs! All they do is sit around and talk! And run their dick suckers! Bitch

LH:     Babe!

TS:     … I been here too fuckin' long! You tellin' me they can't interrogate me? Bitch!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

LH:      I just ready to go to, I just ready to go get booked in so I get, so I can, [UI][SC]

TS:      That's what I'm tryin' to do bitch! And they know that! So they dumb cracker ass [UI], Bitch! They gonna have a bitch sit here…with they dumb ass! Watch when I see their ass on the streets! I don't forget a face!

LH:      Stop makin' threats in this place.

TS:      Bitch, it ain't no threat! It's a promise! And they can write that on their progress report too. I don't give a fuck! I just don't care [UI] [BN]

[BN]     [TS pounding and fighting chair]

LH:      Honey! Honey! I know you hear me.

TS:      I told them.

LH:      Honey! Sit your ass down,

[SC]

LH:      … [UI] and send you about your way. Before they put more charges on you.

TS:      I don't care! Fuck them!

LH:      Baby! Can you do what I say please? Please?

TS:      They need to come in here, I know that!

LH:      He say he gonna come in fifteen minutes to how you was earlier. I just want you to calm down and sit down baby. Please! You get the chair up and sit down please?

TS:      Man, I'm sittin' down. I ain't got no choice but to sit down. Cause this thing on my fuckin' leg!

LH:      I know, it's on mine too. Tight as hell!

TS:      This shit fuckin' hurts!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:     Yeah, but you gotta chill out though baby.

TS:     I'm gonna fuck their ass be to come in here and talk to me! With their stupid ass! I don't give a fuck!

[BN]     [Door squeaking]

RC:     I'm sorry, what was that?

TS:     You ready to talk 'cause I'm ready to talk.

[BN]     [Chairs moving around]

TS:     You got somebody behind you like ya'll is fixin' to do something.

SR:     No, it's just me.

TS:     Oh ok.

SR:     I'm not gonna [UI] [BN]

[BN]     [Door squeaking]

TS:     Ok babe. I thought you was a guard.

SR:     No,

TS:     I'm like, you actin' like me, like I was gonna [SC]

SR:     No,

TS:     …do something to me. Cause I know you all like to jump black people.

SR:     No.

RC:     Really?

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


TS:        Yeah, behind closed doors.

SR:        No.

RC:        Let me ask you something, do you know anything about me?

TS:        All I know is I'm ready to get talked to so I can get booked. 'Cause I been here too long. I gotta child to pick up for tomorrow at school. Don't nobody take care of my son but me! And ya'll holding me up from my process of gettin' booked so I can get bonded out. That's all I ask.

SR:        Where's your son right now?

TS:        Where my son at right now?

SR:        Um hmm,

TS:        With his dad.

SR:        So he's somewhere safe?

TS:        No, safe? No, he's nowhere safe. He only picked him up for this little incident. He don't stay with him, he stay with me. I have full custody of my own child.

SR:        I just wanted to make sure he was with somebody right now. That's all.

TS:        He ain't with nobody really.

RC:        Yes, are you [UI] down yet?

TS:        I'm calm. I'm just, I'm just ready to get booked. That's it.

RC:        Ok.

SR:        Ok.

RC:        Don't give me no attitude.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


TS:      Yes, I'm calm.

RC:      Ever been to [UI] [BN]

[BN]     [Door squeaking]

TS:      No, but I'm really ready to go.

LH:      Excuse me, can I have a coffee?

RC:      Do I look tired?

TS:      [UI]

RC:      Am I stinkin' rich? Do I look like [UI] [SC]… just being with all of that.

TS:      You gotta understand,

RC:      I'm a calm person.

TS:      I'm calm, but ya'll [UI]…., cause the lies after the lies after the lies.

RC:      Ok.

TS:      So a person sittin' here lookin' in my face and tell me they're nineteen and I find out
         they fifteen.

RC:      Ah, ah, ah, ah, ah,

TS:      …that's, that I'm,

RC:      ….ah, ah, ah,

TS:      … but that, I'm, I'm floored! Cause my son's eight years old. I don't play no [SC]

RC:      Shhhhhhh

TS:      child molestin' ass shit! So yes, I'm mad!

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


RC:      Shhhhhhhh,  this stuff gets old. I need to get your basic information and we'll go from there. Ok?

TS:      Um hmm. Yeah.

[Quiet – 01:42:20 – 01:42:39]

RC:      What is your last name?

TS:      Brewer [UI]?

RC:      Spell it.

SR:      [UI]…

TS:      B like Brew,

RC:      Ok,

TS:      B-R-W-E-R.

RC:      B-R-E ?

SR:      B-R-E, yeah?

TS:      W-E-R. Middle initial "C".

RC:      That's alright, first name?

TS:      Tabitha.

RC:      Spell that.

TS:      With a "I".

RC:      T-A….

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015

TS:      T-A-B-I-T-H-A. Slash Sanders.

RC:      Slash Sanders? How old are you?

TS:      I'm twenty three. July 30th, '91.

RC:      July 30th?

TS:      Um hmm. '91.

RC:      Do you have a cell phone?

TS:      No.

RC:      No cell phone? Do you have a house phone?

TS:      No.

RC:      What is your address?

TS:      I don't got no address. I don't have an address.

RC:      No mailing address?

TS:      No, I don't have no mailing address.

RC:      So you don't get any mail?

TS:      No.

RC:      Ok.  Homes?

TS:      Um hmm, hmm,

[Quiet – 01:43:35 – 01:43]

RC:      You know your social?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


TS:       No.

RC:       Do you work?

TS:       No.

RC:       Why's that?

TS:       I get Social Security money.

RC:       How come?

TS:       'Cause I'm alone, I was a foster child. They don't have no [UI] Coo Coo.

RC:       Ok.

TS:       So when I spazz out, it's not gonna be for you, it's for a real reason. That's the excitement I think [UI] on.

RC:       Ok.

TS:       Ok, I get Baker act.

RC:       We'll get there.

TS:       Ok.
RC:       What was the last…, can you read and write in English?

TS:       Sure can.

RC:       I'm just gonna go through real quick. I'm gonna ask you several questions. Don't start getting [UI], I gotta do em.

TS:       I can't look there, like I'm….

RC:       Look at me, look at me, I gotta do them because of my procedure.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

TS:     Ok. The quicker that you do them, the quicker that I act right, you can book me, amen! Right?

RC:     Did I say you were getting booked for something?

TS:     That's what ya'll…, what, what are we gettin' interrogation for!

RC:     I need to talk to you. It's not interrogation, it's an interview. We're gonna talk to you. Right now, you're [UI]…. you can't, because your name came up in an investigation. I need to talk to you. That's it.  But I need to get your basic information first. Ok?

TS:     Um hmm.

RC:     We straight?

TS:     I probably need one of my Trazodone, I take one [SC]

RC:     Ok,

TS:     …in the morning and one at night.

RC:     ok,

TS:     But I'm fine. And so if I'm rockin' cause I'm shakin'.

RC:     Let me finish.

TS:     Um hmm.

RC:     Now, what was the last grade you completed in school?

TS:     Um, the tenth.

RC:     Tenth grade? Where at?

TS:     At North Western Junior High School.

RC:     You're a Bull?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


TS:     Hmm?

RC:     A bull?

TS:     Yeah. Bull pride.

RC:     Where'd you grow up at?

TS:     Um I was born in Mississippi and…

RC:     Now you went to North Western so…

TS:     Yeah, I was born in Mississippi, when I got five years old, I moved to Miami. I went to Broward Elementary, I was only in the Elementary, Broward Elementary and North Western High School.

RC:     Where did you used to stay when you went to North Western and Broward [UI]?

TS:      I used to stay at 1744 NW 45th Street.

RC:     Ok.  By Three Fingers?

TS:     Um hmm,

RC:     By the Buda hole?

TS:     Um hmm. Um 45th Street and 17th.

RC:     Uh huh, by Three Fingers Market?

TS:     Um hmm, that Market my [UI] [SC]

RC:     Ok, I worked in that precinct for ten years so I, I, gotcha.

TS:     [laughs]

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

RC:     Alright?  Now um, Within the last twenty four hours, have you taken any type of alcohol, narcotics, or medication?

TS:     Um no. Only my Trazodone. If I need to take it. But by the time I get back….

RC:     When was the last time you took…

TS:     This morning. But I looked through my room, ya'll was like I'm bad!

RC:     Alright, alright, alright. Slow down.

TS:     There was a lock on my door….

RC:     I said slow down…

TS:     I'm like what's goin' on…

RC:     Slow down. No alcohol or narcotics. All you've taken within the last twenty four hours was this morning, around what time?

TS:     This morning, about like I'd say ten thirty.

RC:     Ten thirty [SC]

TS:     When I walked in that room.

RC:     a.m.? You said, what is it?

TS:     Trazodone.

RC:     Spell that.

TS:     I, I, you askin' the wrong person [SC]

[laughing]

RC:     Treza….. done.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


SR:       I just spell it like Trezodone, like how you say it.

RC:       Ok. What is Trezodone for?

TS:       It's um for my anxiety.

RC:       It's an anxiety medication, it calms you down?

TS:       Um hmm.

RC:       Kinda like uh….

TS:       A.D.D. Like Ritalin.

SR:       Who prescribes it?

TS:       Oh my Psychiatrist. There at Horizon on 35th Street. That why I said I'm [UI]…. Three government checks.

RC:       Ok.

TS:       And my uh Therapy name is Doctor um Maglore. [PH] She Indian.

RC:       Maglore?

SR:       Maglore?

TS:       Yeah.
RC:       And she's Indian?

TS:       Yeah. Maglore, that's her name.

SR:       How do you spell….[SC]

RC:       Oh, M-A-U-G…

TS:       I, don't ask me… yeah, [UI] [SC]

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


RC:      Ok.

SR:      M-A-G,

RC:      I'm guessing….

SR:      … or M-A C? M-, like Magor, [S]

TS:      Maglore,

SR:      Maglore?

RC:      Ok, I'm guessing it's M-A-G. Cause if it's M-C, she'd probably be Irish.

TS:      Oh. She Indian.

RC:      I guess if you're saying she's Indian, she's not Irish.

[SC]

RC:      Ok. Alright. Now what is…, obviously you've been in the treatment of [UI] or Psychological or ok, what have you been diagnosed with?

TS:      Oh I've been diagnosed with um Schizophrenia….

RC:      Alright, and it sounds like this is gonna be awhile, so alright, let me get it…

TS:      [laughs] A schizophrenic Bi-polar,
RC:      Schizophrenic, ok…

TS:      And I have anxiety.

SR:      [UI]…

RC:      Why is it that schizophrenic always goes hand to hand with Bi-polar?

TS:      No, no, recertified.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:      No, no, no, what I'm saying is, usually if somebody is Schizophrenic, they're also Bi-
         polar. It's just funny. Schizophrenic, Bi-polar, what else?

TS:      And I have anxiety.

RC:      Anxiety. And so, is Trezodone kinda like Tranzen, [UI]…

TS:      Yeah, the um Trezodone help with the anxiety.

RC:      Ok. Do you take any medication for the Bi-polar situation?

TS:      Yeah, all of that, [UI] and everything.

RC:      So Trezodone tends to all three?

TS:      Um hmm.

RC:      For you?

TS:      Yes.

RC:      Ok, so you take one in the morning, one at night.

TS:      Yes.

RC:      Ok.

TS:      [UI]…., orange pill.
RC:      Orange pill. Ok. Uh do you have any physical impairments?

TS:      Uh [UI]

RC:      Uh do you have anything wrong with you physically? Not mental, physical?

TS:      Breakin' out.

RC:      Ah…

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

TS:     Oh like, like [SC]

SR:     [SC]…. Yeah.

TS:     Yeah, like it come up that far at a time.

RC:     No, no, yeah that's [UI]… what I'm saying is, is there anything wrong with your body?
        You got a leg shorter than the other, you got, you're missing a lung,

TS:     Oh, no, no, no, no, none of that.

RC:     You got brain damage? Did something happen…[SC]

TS:     No, no, no, just a little bit of brain damage. It's fried a little bit but…

RC:     Concussion?

TS:     Um um. [laughs]

RC:     Alright. Now you get what I'm saying? Alright.

TS:     Um um.

RC:     Ok.

TS:     Only bodily harm I do, I do myself.

SR:     [UI] When's the last time you did that?
TS:     I did that three days ago.

RC:     When's the last time you were Baker acted?

TS:     Huh?

RC:     When's the last time you were Baker acted?

TS:     Uh a month ago.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

RC:     A month ago. Voluntary or involuntarily?

TS:     Um, I was spazzin' out and I talked, I called the Police and told them they gotta come take me, I'm gonna kill this person or I'm gonna get killed. So they came and Baker act me.

RC:     Who did? The city or the county? When they came,

TS:     City.

RC:     was it a brown uniform or blue uniform?

TS:     Blue uniform with a blue like um city, the blue line.

RC:     Alright.

TS:     They know me, they like girl just get in the car. And they take me right to Crisis. So um, I'm crazy huh…

RC:     Ok, once again, you don't have an address in your homes?

TS:     My address, let me get you my former address, 1744…

RC:     Ok. Uh huh,

TS:     NW 45th Street. 3-3-1-4-7.

RC:     Actually it should be 3-3-1-4-2.
TS:     Like that, it's the same thing, it's 3-3-1-4-7 and 2 When she get mail, it's the same.

RC:     Ok. Now cause like I said, I worked that neighborhood, so anything south of 62nd Street is 3-3-1-4-2. North is 3-3-1-4-7.

TS:     Oh.

RC:     You see? I don't bullshit when I say things.

SR:     [laughs]

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

RC:     Alright?  Alright. [sighs] So, Tenth or Eighth North Western, uh Trezodone, uh Bi-polar uh ok. Now, you understand the way that I'm talking to you?

TS:     Um hmm.

RC:     Ok. But I want to say is, my English is good, you understand me,

TS:     Yeah, your English good. [laughs]

RC:     Ok. That's good. Alright, now is there any reason why you wouldn't be able to answer questions truthfully and intelligently?

TS:     Um um, I'm gonna have to answer them truthfully and intelligently and all the time.

RC:     Ok. What I'm saying is there any reason?

TS:     Um um,

RC:     Ok.

TS:     I'm good.

RC:     Ok. So obviously your name came up in an investigation, we're investigating the case ok? So I need to talk to you. Prior to me talking to you, I need to go over your Miranda rights. Have you ever been read your Miranda rights?

TS:     Um um.
RC:     Do you know what your Miranda rights are?

TS:     Um um.

RC:     Have you ever seen that on TV, you have a right to remain silent, you have a right to an attorney, if you cannot afford an attorney, have you ever seen that on TV?

TS:     Um hmm.

RC:     Everybody has. You grow [SC]

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


TS:     I seen it but you know, sometimes, [SC]

RC:     Not, not, we're, we're, we're….

TS:     … it's, they, they be beat!

RC:     we're gonna go over it. But this is actually the real thing.

TS:     Oh.

RC:     This is your fifth and sixth amendment rights. That's all it is, ok? Everybody has this right…, in this country. So, I'm gonna go over them. Now you've said that you've never been read them before so that's fine. We'll go over it. What I want you to do is, I want you to read out loud, start from before. Now hold on…

TS:     You can't read it for me?

RC:     No.

TS:     Well I like that reading, but [UI]…..

RC:     Listen, let, let me, ok. If you don't understand something, you get in trouble, I'll help you out. Now let me finish explaining this to you, ok? One through four are your rights. I want you to read the right, if you understand that right ok, you're gonna put your initials on this. If you don't understand that right, or you have trouble understanding any part, I will explain it to you, or help you read through it. Ok? Now, after one through four, after you understand your four rights, if you're willing to talk to me, then you put yes. If you're not willing to talk to me, then you put no. We good?

TS:     Um hmm.

RC:     Ok. Relax.

TS:     I'm cold, I can't help it if they don't [UI].

RC:     Ok. I'm not. I'm a calm guy. Start reading right here, before…

114

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


TS:       I gotta read out loud?

RC:       Yes.

TS:       I don't know, I ain't see that [UI] in the paper.

RC:       Ok…..

TS:       You gonna make make me read something that I [SC]

RC:       ok,

TS:       …don't know what to do.

RC:       Ok. I'm asking to read out loud so I understand, I, so I know that you understand…

TS:       Before you are asked any question, you may understand the following rights.

RC:       Ok, number one,

TS:       You have the right to remain silent and do, do not have to talk to me if you don't, if you do not wish to so. You do not have to answer any of my questions, do you understand that right?

RC:       Do you understand that?

TS:       Yes.
RC:       You don't have to talk to me if you don't want to. Put your initials on yes indicating you understand that right. Number two please,

TS:       Should you talk to me, anything which you might say may be what, what that word like?

RC:       entered as,

TS:       into evidence in court against you, do you understand…

31E-MM-6286387
CD# - Hardnett-1
Date:    April 10, 2015


RC:      Hold on, let me explain that to you so you understand that. Basically what it means is, no secrets. Whatever we talk about goes in my report, good or bad. It goes in my report…

TS:      It's gonna go to court. This ain't my first rodeo.

RC:      [UI] need to go through this, ok?

TS:      If you [UI] [Mumbling]

RC:      Out loud, out loud, let me understand that you understand it.

TS:      This is gettin' aggravatin'! I understand it. That what all matters.

RC:      Ok. Really?

TS:      I, I don't know.

RC:      Really? Come on, calm down.

TS:      I'm calm.

RC:      Stop, Stop!

TS:      I hate reading out loud.

RC:      Ok, look at me. I need to get to this because I have my protocols, ok?

TS:      Ok, ok, thank you.

RC:      Can we please get through this?

TS:      Yes! Cause I wanna get booked.

RC:      The longer you take, the longer it's gonna be.

SR:      There we go.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


TS:     Please!

SR:     Don't break my pen.

TS:     No, I won't.

SR:     [laughs]

TS:     [UI] [SC]

RC:     What does this say?

TS:     Which what say?

RC:     This one.

TS:     That if you want a lawyer to be presented during your questioning,

RC:     Uh huh,

TS:     at this time or any time,

RC:     here after,

TS:     here after, you have something to have a lawyer [SC]

RC:     you have the right.

TS:     presented to…, do you understand that?

RC:     Basically what that means, basically what that means, if you want a lawyer at this time or any time during this interview, you say you know what, I don't want to stop the interview, you can. Ok?

TS:     So this, I want a lawyer, where he at then?

SR:     That's if you understand it.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


RC:       This means you understand it. Ok? We're getting ahead of ourselves. Number four,

TS:       Do you not,

RC:       If you cannot,

TS:       Um, I don't understand that thing, of what to pay a lawyer, one will be provided for you
          no cost, if you want one.

RC:       That's a Public Defender.

TS:       I know, they don't do shit. They be on the phone, their, their whatcha ma call it, [UI].
          No way.

RC:       Ok, right here.

TS:       Ummm……

RC:       Knowing these rights, out loud…

TS:       Ew, you're gonna get shit for the things I cannot change. Knowing these rights, are you,
          you now willing to answer my questions without having a lawyer presented.

RC:       Now you want to talk to me? Ok. One more. Read this out loud.

TS:       This statement is signed of my what, own free will, without any threat or promises have
          been, been made to me.

RC:       Have I threat, hold on, just hold on,

TS:       No, you ain't gonna lie to me baby.

RC:       We haven't threatened you, we haven't [UI] [SC]

TS:       No, no, no, no, no, no, no, I'm just ready to get the fuck home. The faster I get out, the
          faster I [SC]

RC:       Have I cursed at you today?

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


TS:     I can't help it. What time, what today is? The ninth,

RC:     4/10/

SR:     What, the, the tenth, yeah.

RC:     4/10, no 4/10.

TS:     Yeah. Same thing.

RC:     fifteen. And it's 5:06 a.m. Right under, right there.

TS:     Right who?

RC:     5:06 a.m.

TS:     Where I guess that what time is.

RC:     [UI]

SR:     Yeah,

RC:     …hold on, put your initials here after me. That we didn't make any threats or promises for you.

TS:     Where?

RC:     Right here, after me. Just put your initials there. That's it. Ok.

TS:     Who the witness? Is she the witness, and you the Officer?

RC:     That's right.

SR:     I'm the witness.

RC:     Ok.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


SR:       Thank you.

TS:       Do I get a copy of the other paper?

RC:       No.

TS:       What?

RC:       No.

TS:       So, why she copying it?

RC:       To be honest, I really don't even know. These are just reports that we have. I mean, back in the days before I came to this place, we just used to have them.

TS:       It just don't seem right. It's like I supposed to have a copy.

RC:       No.  No.

SR:       No, I mean we keep it.

RC:       Yeah,

SR:       So that…

RC:       Either way, your, your,

SR:       Yeah,

RC:       your defense attorney is, everything that I do with this,

SR:       They'll see it.

RC:       …they're gonna get it as far as [UI] [SC]

SR:       So, we'll know that you didn't,

RC:       … it's not an issue.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015

SR:     …. you didn't want to talk.

RC:     So, don't worry about it. It's ok. You don't have to [SC]

TS:     So what am I gettin' charged with? I don't understand this. That you just asked me the questions but you ain't tell me what I'm gettin' charged with, what I got arrested for or nothin'. I, I still don't know, all I feel like is I just got to sign some papers. I still don't know nothin'.

RC:     Alright. I'm not the lead on the case so I'm not sure exactly what the charges are. I'm just the guy that happened to uh get along with you the best today. Apparently that hasn't been a very easy thing. So that's the way it is. The reason I'm here talking with you.

TS:     So what am I charged with? Like when we gonna get booked? Like if I'm gonna go to jail…

RC:     [UI]…. I'll tell you what, I'll tell you what, as soon as I find out your charges, I'll let you know. But I gotta go out there, now do me a favor, you gonna start kickin' things around again?

TS:     I don't know. I can't, I can't promise you that. I'm, I'm the one fightin' it. I can't promise you that. I can't promise you that. I'd be lyin'.

RC:     Alright, that's fine.

TS:     You said you gonna go figure out the charges and come back.
RC:     Yeah, it's gonna take me a little bit, but yeah.

TS:     How long this process take?

RC:     It takes a while, I mean you want people to get railroaded, do you want to just charge everybody on here?

TS:     Charge everybody with what?

RC:     No, I don't know. [UI] [BN]

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


[BN]      [Door squeaking]

TS:       Ugh! So what we gettin' charged with, please don't take all the chairs I [UI] around.

RC:       [UI] I don't want you throwing

LH:       Babe!

RC:       ….all the chairs there for? You might hurt yourself.

TS:       I'm tryin' to put [UI] my feet on the chair.

RC:       Ok. I don't want you to hurt yourself. I have concern for your safety.

TS:       Ugh!

RC:       It may not seem like it, but it's the truth.

TS:       So how long we have to wait now before we get booked or anything, cause it's gotta be like God, it's five in the morning.

RC:       I don't know, I gotta find out.

LH:       Hello?

RC:       When I find out, you'll know. But, you gotta chill out.

LH:       Hello?

[BN]      [Door squeaking]

LH:       Hello?

TS:       Babe!

LH:       Hello?

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


RC:      I'll take care of it.

LH:      Thank you.

RC:      Do me a favor,

LH:      [whispering about having a cigarette]  I, I really need…

RC:      You're crazy. You want Fire Alarm to come on in this place?

LH:      Oh uh, I told her, I seen on,

RC:      Listen,

LH:      I seen it on TV all the time, all the time, that she has [UI] [SC]

RC:      In TV, they also drive Hummers and they're in a glass office building.

LH:      Right, you right.

RC:      Ok.

LH:      [laughs]

[BN]     [Door squeaking]

LH:      Honey! Honey!

TS:      Yeah?

LH:      What happened?

TS:      They didn't answer me question.

LH:      What you charged with?

TS:      Talk louder.

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


LH:      Huh?

TS:      What you say?

LH:      What are you charged with?

TS:      They didn't tell me. They Ho told everybody that she Sixteen. Yo!

LH:      Huh?

TS:      And then it's five thirty in the morning. You think New York work?

LH:      He might be.

TS:      Man, this all bullshit dog. We gonna sit in this shit.

LH:      I'm tellin', I, I don't think I'll try callin' him and leave a message on his phone. But he should be up. You know he don't go to sleep til like, you, you know he don't go to sleep late. And you know he shut down shop when the fool came over there.

TS:      Huh?

LH:      I say you know he shut down shop once them fools came through there.

TS:      He went down south?

LH:      Huh?

TS:      He went down south?

LH:      I say no, he shut down shop.

TS:      Oh.

LH:      You know, all our stuff up in that room, right?

TS:      I know. That's why I say Charles got that lock on that door. It's a bolt lock on the door.

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


LH:      But hopefully New York will go over in the morning and let them know. You say you got my real Homeboy? Huh baby?

TS:      Huh?

LH:      You say he already come to get me?

TS:      What you mean he gonna come get you, I don't know!

[SC]

LH:      … he told me to um, when he tried to get on the phone, before they came and got me, he, he said that shit. He gonna get me out.

TS:      What?

LH:      Before he, but when he had called you and had you on the phone, when he was talkin' to you, he told me that when they, when they [UI]…., he was like, I will come and get you out.

TS:      What you say about Larry, he say what?

LH:      I said New York told me, he said he'll come and get me out. You heard me?

TS:      He gonna come get you out.

LH:      He'll come and get both of us out but he, at first he, he thought you was gonna be at home but shit, then he, he, then he don't know you locked up. He'll come get both of us. Simple as that. We'll pay it back to em.

[BN]     [Door squeaking]

LH:      I'm sorry that that [UI]. But a bargain. The bargain man, the bargain. [UI]….

RC:      Um,

[BN]     [Door squeaking]

125

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015

LH:        Can I ask a question?

RC:        Um hmm,

LH:        Can I take out charges? Can I make out charges to her [UI] [SC]

TS:        What New York number? What New York number?

LH:        [Whispers ]  Who did what?

TS:        Yo! Mario!

LH:        Yeah?

TS:        What's New York number?

LH:        3-0-5, 7-0-9,

TS:        Wait!

LH:        3-0-5,

TS:        I'm writing on this cup. I have to call him.

LH:        3-0-5,

TS:        Uh huh,

LH:        7-0-9, or 7-0-8. Either one of them, 7600. That's his number.

TS:        7-0-8, what?

LH:        If it ain't 7, if it ain't 7-0-9, it's 7-0-8, 7600.

TS:        7600?

LH:        Yeah. 7-6-0-0. That's it.

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


[Quiet- 02:04:37 02:04:43]

[RC and LH having low conversation in interview room]

LH:      Hmph. Hmph. Every day. Uh, uh, she, she did it, she did it, she did it once with my
         homeboy. She take Molly's panties off, so I [UI] [BN]

TS:      Cause then I can keep his number. I'm gonna call him, if I get um a phone call.

LH:      [Inaudible] …whatever you told her, [UI] [BN]

TS:      Got to do his number. I was like shit, thank god for bringin' me this cup.

LH:      [Inaudible]   I told her, I told her, I said, [UI]….

TS:      It's 3-0-5,

LH:      And I'll take Molly [UI]…

RC:      [Inaudible]

LH:      [inaudible]   I have…[BN]

TS:      This shit is crazy boy.

LH:      Cause I heard they were gonna do it, they were gonna do it, pull it up, you know, tryin'
         to calm her and everything, [UI]….

[BC]     [Inaudible conversation between RC and LH – 02:06:09 – 02:07:08]

TS:      I can't believe this little girl did this shit.

[BC]     [Inaudible conversation between RC and LH – 02:07:11 – 02:07:16]

TS:      Oh, Babe!

LH:      Yo!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


TS:        What you doin'?

LH:        Man, tryin' to wait for my coffee come here. He say he'll bring me some coffee.

TS:        You said you what?

LH:        He gonna bring me some coffee. I'm cold.

TS:        You said you cold?

LH:        Yeah, he bring me some coffee.

[BC]       [Inaudible conversation between RC and LH – 02:07:34 – 02:10:12]

[BN]       [Door squeaking]

LH:        Babe!

TS:        Yes?

LH:        I'm scared Boo.

TS:        Huh?

LH:        You hear me… I said, I'm scared.

TS:        I can't hear you.

LH:        I'm scared baby!

TS:        Huh?

LH:        I'm scared!

TS:        Come here?

LH:        I said I'm scared.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

TS:     You said you scared?

LH:     Yeah.

TS:     Me too! This Ho was Fifteen! The bitch gone, a bitch could go under the jailhouse for that. And she kept sayin' I'm Nineteen, [SC]

LH:     [UI]

TS:     …I swear to God, I'm Nineteen!

LH:     Hey, baby!

TS:     What?

LH:     I ain't goin' nowhere, you feel me?

TS:     What?

LH:     I said I ain't goin' nowhere, I'm, I'm [UI] down with you baby!

TS:     You said [UI]…. down with who?

LH:     With you.

TS:     I'm alright baby.

LH:     What you thought I was talkin' about?

TS:     I don't know, I just sayin' I can't believe like she was lyin' like that. And I knew it!

LH:     If you knew it, then what the fuck?

TS:     No, I meant that I just knew like ain't nobody Nineteen year old got that baby face! But some people do!

LH:     Uh… [SC]

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

TS:     And she kept sayin' I'm Nineteen, I'm Nineteen.

LH:     Hey, but don't forget, Speedy got the same baby face as her. You heard me?

TS:     Yep.

LH:     Speedy got the same body as her. You were sayin', Speedy Fifteen.

TS:     But that bitch is really Fifteen.

LH:     Yes!

TS:     And she lie!

LH:     Them folks ain't gonna lie, them folks ain't, ain't gonna sit here and lie about her age.

TS:     If anybody found that out that you lie, and we told you, you can put us in jail. And that what she did!

LH:     She didn't care.

[Quiet – 02:12:31 – 02:12:47]

LH:     Hey,

TS:     Yes,

LH:     I'm ridin' with you babe, I ain't goin' nowhere.

TS:     Huh?

LH:     I said, I ain't goin nowhere. I'm ridin' with you.

TS:     That shit just make me mad cause she look dead in my face and was like, I'm Nineteen, I'm Nineteen. Even to New York!

LH:     Yeah! Coulda fuck New York up too.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

TS:        Huh?

LH:        She coulda fuck that man up.

TS:        She did. She had his shit busted.

LH:        Oh my God, he think I did it.

TS:        No, he knows she did it.

LH:        Was he on the phone when he told you his shit got arrested?

TS:        Yeah.

LH:        No baby! That was entire, when I was standin' right there, when he was tellin' you that he made it, they ain't gonna rush his house.

TS:        Umm.

LH:        No, but they went in his door.

TS:        Oh.

LH:        Now all I know was, when I pulled off, did you talk to him again? Huh?

TS:        I can't believe this bitch lied!

LH:        Baby, how many time you talk to New York on the phone?

TS:        Twice.

LH:        The first time he say he was ok, right?

TS:        He said she was goin' to jail.

LH:        The second time he said I was goin' to jail, right?

TS:        Yes.

31E-MM-6286387
CD# -  Hardnett-1
Date:    April 10, 2015


LH:        Yeah, he was, he was, he was good.

[Quiet- 02:14:28 – 02:14:49]

TS:        It five thirty in the morning.

LH:        You can see the clock?

TS:        Yeah.

LH:        Do we get breakfast? I'm hungry. I'm about ready to make my phone call. That's it. So I call him and say you gotta come get us out.

TS:        What's my name? Tabitha what?

LH:        Your name is Tabitha Cobella,

TS:        Tabitha what?

LH:        Tabitha Brewer! Sanders, Brewer.

TS:        And how you fuckin' know? What's my birthday?

LH:        What's your birthday? Ain't your birthday 7/30? [SC]
TS:        You can't, you can't just use my name, you gotta have a birthday too!

LH:        Ain't your birthday 7/30?

TS:        What's the year?

LH:        Na um, Nineteen Ninety Six, right?

TS:        Nineteen Nineteen what!

LH:        I said Nineteen Ninety Six!

TS:        No, it's Ninety one!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:      Oh, I'm sorry baby. Calm down.

TS:      These bitches need to come off!

LH:      Nineteen Ninety one. Hold on, I'm gonna put it on, I'm gonna put it on the cup. I know your first and last name, that's nothin'.

TS:      July 30th, '91?

LH:      I know it baby!

TS:      January 10th, 1980! I know your shit!

LH:      Baby, I know your date of birth. July the, July the 30th, 1991. Duh!

[Quiet- 02:16:36 – 02:16:54]

LH:      Baby!

TS:      Yes,

LH:      Yeah, that Ho did it.

TS:      She lied man. She played up!
[Quiet- 02:17:04 – 02:17:15]

LH:      Yo, guess what?

TS:      What?

LH:      I'm gonna tell you about it when we, when we leave out, alright?

TS:      Huh?

LH:      I said, I'm gonna tell you about it when we on the street.

TS:      Alright.

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:     Oh man. I'm gettin' ready to go to my cell now…., to be honest.

TS:     Me too!

LH:     Huh?

TS:     I'm ready to go get the fuck out!

LH:     Yeah, I'm ready for my cell now. I know my charge, they let me char, now let me know my bond and I can bond out. And you know my money's on card, my, my Income tax card right?

TS:     Where that eighty dollars that was in your wallet?

LH:     It's still in my wallet.

TS:     They got your wallet?

LH:     Yup.

TS:     Before you go to property, take it out!

LH:     Huh?

TS:     Before you go to property, take it out!

LH:     I am. What you want me do with it?

TS:     Give it to me.

LH:     Huh?

TS:     Give it to me so I can hold it there.

LH:     The whole eighty dollars?

31E-MM-6286387
CD#  -  Hardnett-1
Date:    April 10, 2015


TS:     Yeah, so when we get out, we got food money. Cause if you let them take it, you gonna take you for bein' in jail.

LH:     Oh for real?

TS:     Yeah. That eighty dollars gonna be gone.

LH:     No babe, they did not know anything about the eighty dollars though. They just know I gotta wallet.

TS:     Um hmm.

LH:     But I give it to you. It don't matter. I hope you really don't leave me man.

TS:     Leave you for what?

LH:     I don't know baby.

TS:     We in this shit to fuckin' gether! You shoulda never asked for a fuckin' Snow Bunny and the fuckin' bitch lied!

LH:     You right.

TS:     She looked right in my face, I'm Nineteen, I'm Nineteen.

LH:     But baby, don't feel bad though, [SC]
TS:     This bitch is Fifteen years old!

LH:     Baby! You shoulda identified her then. You know that [SC]

TS:     What happened?

LH:     right? Huh?

TS:     What'd you say?

LH:     You shoulda, just like you ask CeCe for her I.D. you shoulda asked her for her I.D.


135

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015

TS:      She had none!

LH:      Then she should stayed where she the fuck she was at.

TS:      Come on, I ain't thought she was that young! Shoulda found out and left her where the fuck she was at!

LH:      Yeah, cause she done got us fucked up.

TS:      I don't even give a fuck.

LH:      Huh?

TS:      I'm just ready to get in my mother fuckin' cell!

LH:      Yeah, me too. I'm ready to go to my cell too.

TS:      That's it.  Fuck all those dumb shit, it probably six o'clock in the morning. I'm just ready to go to my fuckin' cell man.

LH:      I know whenever I get there, I'm gonna call New York and let New York know we in jail and he bond us out. After that, I'm goin' to bed. You heard me?

TS:      Yup.

LH:      Yeah, cause when I'm through there , I'll have New York to come and get us out after that. But he gonna do it. He did, he, he had that last person got out of jail. So he gonna do it. We just gotta pay it back to him.

TS:      I know.

LH:      He can have my whole government Income Tax check and my, and my SSI check.

[Quiet- 02:21:44 – 02:22:00]

LH:      Hey!

TS:      Yes,

136

31E-MM-6286387

CD#  -  Hardnett-1

Date:    April 10, 2015

LH:       Gonna put that Ho her shit when we get on them streets.

TS:       You always, you always kept gettin' flea market.

LH:       Yep.

TS:       You put my life in jeopardy Ho! Like you, we could, we could get a hundred years for this shit.

LH:       Yeah!

TS:       This Ho Fifteen years old! And lie talk about she Nineteen.

LH:       Fifteen get you thirty years.

TS:       I'll [UI] !

LH:       She goin' home. Believe that! You heard me?

TS:       Um hmm.

LH:       You heard what I said right?

TS:       What you said?
LH:       I said she goin' home.  I'm gonna bet I can tell you that much! You heard me?

TS:       What you say?

LH:       I said I bet you she, she, they send her home.

TS:       They did!

[Quiet- 02:23:04 – 02:23:18]

TS:       I'm just fuckin' mad man.

[Quiet- 02:23:21 – 02:24:01]

31E-MM-6286387
CD# - Hardnett-1
Date:   April 10, 2015


TS:     I'm so fuckin' mad!

LH:     Stop bein' mad. [UI] always done with it now.

TS:     But why would she lie, the bitch said, and we kept askin' her! Over and over and over and over and over and over again! How old you is, Nineteen! Nineteen!  Bitch if you been know Fifteen, I woulda then kicked your ass out!

LH:     It is so cold right now.

TS:     I know. That why they need to hurry the fuck up, if [UI] [BN]

[BN]    [TS pounding chair on the floor]

TS:     They think I won't make noise in this shit. Bitch I got another fuckin' chair to make mother fuckin' noise.

LH:     Hey!

TS:     I know they need to hurry up! A bitch! Come out [UI] !! Watch, they come I'm gonna throw this shit in this socket.

LH:     Honey!

TS:     And make this shit get electrocuted.

LH:     Honey!

TS:     Watch! They say they wanna fuck with me, I set this shit on fire!

LH     Honey!

TS:     What!

LH:     Sit down and be quiet.

TS:     Bitch, I'm gonna set this shit on fire!

31E-MM-6286387
CD#  -  Hardnett-1
Date:   April 10, 2015


LH:       How?

TS:       Bitch, put the wire in that mother fuckin' plug.

LH:       Do what?

TS:       What?

LH:       Man, if you don't sit down and leave that shit alone…

TS:       Man, they need to come on!

LH:       We got Baby! Only thing we do is wait on them.


**[End of Session]**
**Time: 02:25:52**